Fill in this information to identify your case:

United States Bankruptcy Court for the:

**District of Kansas**

Case number (*If known*): ______

Chapter you are filing under:

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

# Official Form 101

## Voluntary Petition for Individuals Filing for Bankruptcy

**06/24**

**The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint* case—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1: Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br>Bring your picture identification to your meeting with the trustee. | **Adam**<br>First name<br>**David**<br>Middle name<br>**Church**<br>Last name<br><br>Suffix (Sr., Jr, II, III) | First name<br>Middle name<br>Last name<br>Suffix (Sr., Jr, II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | First name<br>Middle name<br>Last name<br>Business name (if applicable)<br>Business name (if applicable) | First name<br>Middle name<br>Last name<br>Business name (if applicable)<br>Business name (if applicable) |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx - xx - 2 0 6 2<br>OR<br>9xx - xx - __ __ __ __ | xxx - xx - __ __ __ __<br>OR<br>9xx - xx - __ __ __ __ |

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | __ __ - __ __ __ __ __ __ __<br>EIN<br>__ __ - __ __ __ __ __ __ __<br>EIN | __ __ - __ __ __ __ __ __ __<br>EIN<br>__ __ - __ __ __ __ __ __ __<br>EIN |
| **5. Where you live** | 4603 N Steeds Crossing St<br>Number Street<br><br>Park City, KS 67219<br>City State ZIP Code<br>Sedgwick<br>County | **If Debtor 2 lives at a different address:**<br><br>Number Street<br><br>City State ZIP Code<br><br>County |
| | **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>Number Street<br><br>P.O. Box<br><br>City State ZIP Code | **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>Number Street<br><br>P.O. Box<br><br>City State ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br>☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408) | *Check one:*<br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br>☐ I have another reason. Explain. (See 28 U.S.C. § 1408) |

Debtor 1 **Adam** **David** **Church** Case number *(if known)* ____________

First Name Middle Name Last Name

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.
- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).
- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ☑ No.
- ☐ Yes. District ____________ When ____________ Case number ____________
  MM / DD / YYYY
  District ____________ When ____________ Case number ____________
  MM / DD / YYYY
  District ____________ When ____________ Case number ____________
  MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☑ No.
- ☐ Yes. Debtor ____________ Relationship to you ____________
  District ____________ When ____________ Case number, if known ____________
  MM / DD / YYYY
  Debtor ____________ Relationship to you ____________
  District ____________ When ____________ Case number, if known ____________
  MM / DD / YYYY

**11. Do you rent your residence?**

- ☐ No. Go to line 12.
- ☑ Yes. Has your landlord obtained an eviction judgment against you?
  - ☑ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

Name of business, if any

Number Street

City State ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

Debtor 1 **Adam** **David** **Church** Case number *(if known)* ____________

First Name Middle Name Last Name

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.

☐ Yes. What is the hazard? ____________

If immediate attention is needed, why is it needed? ____________

Where is the property? ____________

Number Street

____________

City State ZIP Code

## Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Case 26-11282 Doc# 1 Filed 10/30/26 Page 6 of 159

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

- ☑ No. Go to line 16b.
- ☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

- ☐ No. Go to line 16c.
- ☑ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

______

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

- ☐ No. I am not filing under Chapter 7. Go to line 18.
- ☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
  - ☑ No
  - ☐ Yes

**18. How many creditors do you estimate that you owe?**

| | | | | |
|---|---|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 | ☐ 50,000-100,000 | ☐ More than 100,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | | | |
| ☑ 100-199 | ☐ 10,001-25,000 | | | |
| ☐ 200-999 | | | | |

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ **/s/ Adam David Church**
Adam David Church, Debtor 1

Executed on **10/30/2026**
MM/ DD/ YYYY

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

✗ **/s/ January M. Bailey**
Signature of Attorney for Debtor

Date **10/30/2026**
MM / DD / YYYY

**January M. Bailey**
Printed name

**Prelle Eron & Bailey, P.A.**
Firm name

**301 N Main St Ste 2000**
Number Street

**Wichita** **KS** **67202-4820**
City State ZIP Code

Contact phone **(316) 262-5500** Email address **january@eronlaw.net**

**23926** **KS**
Bar number State

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Adam** | **David** | **Church** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: District of | **Kansas** | | |
| Case number | | | |

☐ Check if this is an amended filing

# Official Form 106A/B

## Schedule A/B: Property

12/15

**In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☑ No. Go to Part 2.

☐ Yes. Where is the property?

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here** .......... ➔ **$0.00**

## Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No

☑ Yes

3.1 Make: **Chevrolet**

Model: **Suburban**

Year: **2023**

Approximate mileage: **65000**

Other information:

**Who has an interest in the property?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$45,210.00** | **$45,210.00** |

If you own or have more than one, describe here:

3.2 Make: **Kawasaki**
Model: **Mule**
Year: **2024**
Approximate mileage: ______
Other information:

**Who has an interest in the property?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **unknown** | **unknown** |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

- ☑ No
- ☐ Yes

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ........ ➔ **$45,210.00**

## Part 3: Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?** Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**

*Examples:* Major appliances, furniture, linens, china, kitchenware

- ☐ No
- ☑ Yes. Describe. ......... **Furniture and accessories, household tools, appliances, etc.** — **$10,000.00**

7. **Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

- ☐ No
- ☑ Yes. Describe. ......... **Misc Electronics** — **$1,500.00**

8. **Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

- ☑ No
- ☐ Yes. Describe. .........

9. **Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

- ☑ No
- ☐ Yes. Describe. .........

10. **Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☑ No

☐ Yes. Describe. .........

11. **Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No

☑ Yes. Describe. .........

| Description | Value |
|---|---|
| **Clothing** | **$1,500.00** |

12. **Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No

☑ Yes. Describe. .........

| Description | Value |
|---|---|
| **Misc Jewelry** | **$50.00** |

13. **Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☐ No

☑ Yes. Describe. .........

| Description | Value |
|---|---|
| **2 dogs** | **$0.00** |

14. **Any other personal and household items you did not already list, including any health aids you did not list**

☑ No

☐ Yes. Give specific information. .............

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ........ ➔ **$13,050.00**

## Part 4: Describe Your Financial Assets

| **Do you own or have any legal or equitable interest in any of the following?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

☑ Yes ........ Cash: ........ **$0.00**

17. **Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

❑ No
☑ Yes .................... Institution name:

| | Institution name | |
|---|---|---|
| 17.1. Savings account: | **Community National Bank & Trust, ending 1981** | **$10.72** |
| 17.2. Savings account: | **Heartland Credit Union share account** | **$132.17** |
| 17.3. Savings account: | **Meritrust CU share account** | **$57.00** |
| 17.4. Savings account: | **Mid American CU share account** | **$5.00** |
| 17.5. Other financial account: | **Cash App** | **$64.92** |
| 17.6. Other financial account: | **funds in trust with Beall & Mitchell (likely $0)** | **unknown** |
| 17.7. Other financial account: | **Venmo** | **$0.83** |

18. **Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
❑ Yes ....................

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

❑ No
☑ Yes. Give specific information about them....................

| Name of entity: | % of ownership: | |
|---|---|---|
| **SEE ATTACHED PROPERTY OWNED BY COMPANIES AND ATTACHMENT TO SOFA #27** | **100.00%** | **unknown** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
❑ Yes. Give specific information about them....................

21. **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

❑ No
☑ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| 401(k) or similar plan: | **KPERS** | **$30,723.75** |

22. **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No

❑ Yes ......................

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No

❑ Yes .....................

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**

26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

❑ Yes .....................

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No

❑ Yes. Give specific information about them. ...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No

❑ Yes. Give specific information about them. ...

27. **Licenses, franchises, and other general intangibles**

*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No

❑ Yes. Give specific information about them. ...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

❑ No

☑ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ..................

| | | |
|---|---|---|
| **2026 Federal Tax Refund, if any (exemption applies only to EIC)** | Federal: | **unknown** |
| **2026 State Tax Refund, if any (exemption applies only to EIC)** | State: | **unknown** |
| | Local: | |

29. **Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No

❑ Yes. Give specific information. ........

30. **Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No

❑ Yes. Give specific information. ........

31. **Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

❑ No

☑ Yes. Name the insurance company of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Primerica Term Policy, issued 1/21/2025** | | **$0.00** |

32. **Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No

❑ Yes. Give specific information. ........

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

❑ No

☑ Yes. Describe each claim. .............. **Claim against Kingdom Capital Fund and/or Kansas Secured Title** **$40,043.22**

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No

❑ Yes. Describe each claim. ..............

35. **Any financial assets you did not already list**

☑ No

❑ Yes. Give specific information. ........

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ........ ➔ **$71,037.61**

## Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.

❑ Yes. Go to line 38.

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** ........ ➔ **$0.00**

## Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.

**If you own or have an interest in farmland, list it in Part 1.**

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ➔ **$0.00**

## Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☑ No

☐ Yes. Give specific information.

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ➔ **$0.00**

## Part 8: List the Totals of Each Part of this Form

| | | | | |
|---|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** | | ➔ | **$0.00** |
| 56. | **Part 2: Total vehicles, line 5** | **$45,210.00** | | |
| 57. | **Part 3: Total personal and household items, line 15** | **$13,050.00** | | |
| 58. | **Part 4: Total financial assets, line 36** | **$71,037.61** | | |
| 59. | **Part 5: Total business-related property, line 45** | **$0.00** | | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | | |
| 61. | **Part 7: Total other property not listed, line 54** | + **$0.00** | | |
| 62. | **Total personal property.** Add lines 56 through 61. | **$129,297.61** | Copy personal property total ➔ | + **$129,297.61** |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62. | | | **$129,297.61** |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Adam | David | Church |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of **Kansas**

Case number (if known) ______

❑ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*
   - ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   - ❑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **2023 Chevrolet Suburban**<br>Line from *Schedule A/B*: **3.1** | **$45,210.00** | ❑ ______<br>☑ 100% of fair market value, up to any applicable statutory limit | **Kan Stat. Ann. § 60-2304(c) (Allocated: $0.00)** |

3. **Are you claiming a homestead exemption of more than $214,000?**

   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

   - ☑ No
   - ❑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
     - ❑ No
     - ❑ Yes

Debtor 1 Adam David Church — Case number *(if known)* ____________

First Name: Adam | Middle Name: David | Last Name: Church

**Part 2:** Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: **Furniture and accessories, household tools, appliances, etc.**<br>Line from *Schedule A/B:* **6** | **$10,000.00** | ❑ ________<br>☑ 100% of fair market value, up to any applicable statutory limit | **Kan Stat. Ann. § 60-2304(a) (Allocated: $10,000.00)** |
| Brief description: **Misc Electronics**<br>Line from *Schedule A/B:* **7** | **$1,500.00** | ❑ ________<br>☑ 100% of fair market value, up to any applicable statutory limit | **Kan Stat. Ann. § 60-2304(a) (Allocated: $1,500.00)** |
| Brief description: **Clothing**<br>Line from *Schedule A/B:* **11** | **$1,500.00** | ❑ ________<br>☑ 100% of fair market value, up to any applicable statutory limit | **Kan Stat. Ann. § 60-2304(a) (Allocated: $1,500.00)** |
| Brief description: **Misc Jewelry**<br>Line from *Schedule A/B:* **12** | **$50.00** | ❑ ________<br>☑ 100% of fair market value, up to any applicable statutory limit | **Kan Stat. Ann. § 60-2304(b) (Allocated: $50.00)** |
| Brief description: **KPERS**<br>Line from *Schedule A/B:* **21** | **$30,723.75** | ☑ **$0.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **Kan Stat. Ann. §§ 74-4978g, 74-49,105, 74-49,106** |
| | | ❑ ________<br>☑ 100% of fair market value, up to any applicable statutory limit | **Kan Stat. Ann. § 60-2308(b), (c)(Allocated: $0.00)** |
| | | ❑ ________<br>☑ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(C) (Allocated: $30,723.75)** |
| Brief description: **2026 Federal Tax Refund, if any (exemption applies only to EIC)** **Federal tax**<br>Line from *Schedule A/B:* **28** | **unknown** | ❑ ________<br>☑ 100% of fair market value, up to any applicable statutory limit | **Kan. Stat. Ann. § 60-2315(Allocated: $0.00)** |

Debtor 1 **Adam** **David** **Church** Case number *(if known)* ____

First Name | Middle Name | Last Name

## Part 2: Additional Page

| **Brief description of the property and line on *Schedule A/B* that lists this property** | **Current value of the portion you own**<br>Copy the value from *Schedule A/B* | **Amount of the exemption you claim**<br>*Check only one box for each exemption.* | **Specific laws that allow exemption** |
|---|---|---|---|
| Brief description: **2026 State Tax Refund, if any (exemption applies only to EIC)**<br>**State tax**<br>Line from *Schedule A/B*: **28** | **unknown** | ❑ ____<br>☑ 100% of fair market value, up to any applicable statutory limit | **Kan. Stat. Ann. § 60-2315(Allocated: $0.00)** |
| Brief description: **Primerica Term Policy, issued 1/21/2025**<br>Line from *Schedule A/B*: **31** | **$0.00** | ☑ **$0.00**<br>❑ 100% of fair market value, up to any applicable statutory limit | **Kan Stat. Ann. §§ 40-414, 60-2313(a)(7)** |

Fill in this information to identify your case:

Debtor 1: Adam (First Name) David (Middle Name) Church (Last Name)

Debtor 2 (Spouse, if filing): First Name Middle Name Last Name

United States Bankruptcy Court for the: District of Kansas

Case number (if known)

❑ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

1. **Do any creditors have claims secured by your property?**
   - ❑ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

## Part 1: List All Secured Claims

| 2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name. | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|
| 2.1 Capital One Auto Finance | $56,551.00 | $45,210.00 | $11,341.00 |

2.1 **Capital One Auto Finance**
Creditor's Name
**Attn: Bankruptcy**
**7933 Preston Rd**
Number Street
**Plano, TX 75024-2302**
City State ZIP Code

**Describe the property that securesthe claim:**
**2023 Chevrolet Suburban**

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ❑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ❑ Statutory lien (such as tax lien, mechanic's lien)
- ❑ Judgment lien from a lawsuit
- ❑ Other (including a right to offset)

**Date debt was incurred** 4/1/2026

**Last 4 digits of account number** 1 0 0 1

**Add the dollar value of your entries in Column A on this page. Write that number here:** $56,551.00

**Part 1:** Additional Page

**After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.**

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|
| 2.2 **Dynamo Capital LLC** — Describe the property that secures the claim: | $7,269,583.29 | unknown | $7,269,583.29 |

Creditor's Name: **Dynamo Capital LLC**

**8535 E 21st St N #130**
Number Street

**Wichita, KS 67206**
City State ZIP Code

**Describe the property that secures the claim:** SEE ATTACHED PROPERTY OWNED BY COMPANIES AND ATTACHMENT TO SOFA #27

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) **Business Loan**

**Date debt was incurred** ______ **Last 4 digits of account number** ___ ___ ___ ___

**Remarks:** SEE ATTACHED ITEMIZATION OF DYNAMO CAPITAL LOANS

| | Column A | Column B | Column C |
|---|---|---|---|
| 2.3 **Fidelity Bank** — Describe the property that secures the claim: | $293,348.86 | unknown | $293,348.86 |

Creditor's Name: **Fidelity Bank**

**PO Box 1007**
Number Street

**Wichita, KS 67201-1007**
City State ZIP Code

**Describe the property that secures the claim:** SEE ATTACHED PROPERTY OWNED BY COMPANIES AND ATTACHMENT TO SOFA #27

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) **Business Loan**

**Date debt was incurred** ______ **Last 4 digits of account number** ___ ___ ___ ___

**Remarks:** SEE ATTACHED ITEMIZATION OF FIDELITY BANK LOANS

**Add the dollar value of your entries in Column A on this page. Write that number here:** $7,562,932.15

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** ______

**Part 1:** Additional Page

**After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.**

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|
| 2.4 Mid American Credit Union | $16,235.00 | unknown | $16,235.00 |
| 2.5 RE Investment Loans LLC | $2,994,300.50 | unknown | $2,994,300.50 |

**2.4 Mid American Credit Union**
Creditor's Name
8404 W Kellogg
Number Street
Wichita, KS 67209
City State ZIP Code

**Describe the property that secures the claim:** 2024 Kawasaki Mule

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

**Date debt was incurred** 9/1/2023
**Last 4 digits of account number** 0 1 0 0

**2.5 RE Investment Loans LLC**
Creditor's Name
6400 S Fiddlers Green Circle Ste 300
Number Street
Greenwood Village, CO 80111
City State ZIP Code

**Describe the property that secures the claim:** SEE ATTACHED PROPERTY OWNED BY COMPANIES AND ATTACHMENT TO SOFA #27

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

**Date debt was incurred** ______
**Last 4 digits of account number** ___ ___ ___ ___

**Remarks:** SEE ATTACHED ITEMIZATION OF RE INVESTMENT LOANS

**Add the dollar value of your entries in Column A on this page. Write that number here:** $3,010,535.50

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** ______

Debtor 1 **Adam** **David** **Church** Case number *(if known)* ____________

First Name Middle Name Last Name

| Part 1: | Additional Page<br>**After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.** | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** | *Column C*<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|
| 2.6 | **Spruce Equity Group LLC**<br>Creditor's Name<br>**Describe the property that secures the claim:** | **$150,000.00** | **unknown** | **$150,000.00** |

**6446 E Central Ave Ste 342**
Number Street

**SEE ATTACHED PROPERTY OWNED BY COMPANIES AND ATTACHMENT TO SOFA #27**

**Wichita, KS 67206**
City State ZIP Code

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Who owes the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ❑ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ❑ An agreement you made (such as mortgage or secured car loan)
- ❑ Statutory lien (such as tax lien, mechanic's lien)
- ❑ Judgment lien from a lawsuit
- ❑ Other (including a right to offset) **Business Loan**

**Date debt was incurred** ________

**Last 4 digits of account number** ___ ___ ___ ___

**Remarks:** 2nd Mortgage on 300 E Sherman and 414 E 6th (PPR properties)

| | |
|---|---|
| **Add the dollar value of your entries in Column A on this page. Write that number here:** | **$150,000.00** |
| **If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** | **$10,780,018.65** |

Debtor 1 Adam David Church — Case number (if known) ______

First Name / Middle Name / Last Name

## Part 2: List Others to Be Notified for a Debt That You Already Listed

**Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.**

| # | Name / Address | On which line in Part 1 did you enter the creditor? | Last 4 digits of account number |
|---|---|---|---|
| 1. | **FCI Lender Services Inc**<br>PO Box 27370<br>Anaheim, CA 92809 | 2.2 | |
| 2. | **Selene**<br>PO Box 660369<br>Dallas, TX 75266 | 2.2 | |
| 3. | **Select Portfolio Servicing Inc**<br>PO Box 65450<br>Salt Lake City, UT 84165-0450 | 2.2 | |
| 4. | **SouthLaw PC**<br>13160 Foster Ste 100<br>Overland Park, KS 66213-2660 | 2.2 | |
| 5. | **Fay Servicing**<br>425 South Financial Place Ste 2000<br>Chicago, IL 60605 | 2.5 | |
| 6. | **SouthLaw PC**<br>13160 Foster Ste 100<br>Overland Park, KS 66213-2660 | 2.5 | |

**Part 2:** List Others to Be Notified for a Debt That You Already Listed - Additional Page

7. **US Bank Trust NA**
Name
**1011 Centre Road, Suite 203**
Number Street

**Wilmington, DE 19805**
City State ZIP Code

**On which line in Part 1 did you enter the creditor?** 2.5
**Last 4 digits of account number** ___ ___ ___ ___

8. **New Roots N Trust**
Name
**8300 Mills Civic Parkway**
Number Street

**West Des Moines, IA 50266**
City State ZIP Code

**On which line in Part 1 did you enter the creditor?** 2.5
**Last 4 digits of account number** ___ ___ ___ ___

9. **SouthLaw PC**
Name
**13160 Foster Ste 100**
Number Street

**Overland Park, KS 66213-2660**
City State ZIP Code

**On which line in Part 1 did you enter the creditor?** 2.5
**Last 4 digits of account number** ___ ___ ___ ___

Fill in this information to identify your case:

Debtor 1: **Adam** (First Name) **David** (Middle Name) **Church** (Last Name)

Debtor 2 (Spouse, if filing): First Name / Middle Name / Last Name

United States Bankruptcy Court for the: District of **Kansas**

Case number (if known): ______

❑ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B:* Property (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).**

## Part 1: List All of Your PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims against you?**

❑ No. Go to Part 2.
☑ Yes.

**2. List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|
| 2.1 Internal Revenue Service | $10,884.46 | $10,884.46 | $0.00 |

**2.1 Internal Revenue Service**
Priority Creditor's Name

PO Box 7346
Number Street

Philadelphia, PA 19101-7346
City State ZIP Code

**Last 4 digits of account number** ____ ____ ____ ____

**When was the debt incurred?** 2025

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Who incurred the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**

❑ Domestic support obligations
☑ Taxes and certain other debts you owe the government
❑ Claims for death or personal injury while you were intoxicated
❑ Other. Specify ______

**Is the claim subject to offset?**

☑ No
❑ Yes

**Remarks:** $5997.07 D&M; $1530 PH10; $1530 PH13; $1530 PH14; $297.39 PPR

2.2 **Kansas Department of Labor**
Priority Creditor's Name
**Attn Legal Services**
**401 SW Topeka Blvd**
Number Street
**Topeka, KS 66603-3182**
City State ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**$3,642.11** **$3,642.11** **$0.00**

**When was the debt incurred?** ____________

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Type of PRIORITY unsecured claim:**
- ❑ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ❑ Claims for death or personal injury while you were intoxicated
- ❑ Other. Specify ____________________

2.3 **Kansas Department of Revenue**
Priority Creditor's Name
**Civil Tax Enforcement**
**PO Box 12005**
Number Street
**Topeka, KS 66601-3058**
City State ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**$24,067.78** **$24,067.78** **$0.00**

**When was the debt incurred?** ____________

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Type of PRIORITY unsecured claim:**
- ❑ Domestic support obligations
- ☑ Taxes and certain other debts you owe the government
- ❑ Claims for death or personal injury while you were intoxicated
- ❑ Other. Specify ____________________

Debtor 1 Adam David Church
First Name Middle Name Last Name
Case number *(if known)* ______

**Part 1: Your PRIORITY Unsecured Claims — Continuation Page**

**After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.**

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|
| 2.4 **Tihler Church** | **unknown** | **unknown** | **unknown** |

Priority Creditor's Name
**1610 N Topaz Lane**
Number Street

**Mulvane, KS 67110**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** ______

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of PRIORITY unsecured claim:**
- ☑ Domestic support obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify ______

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** Ongoing child support, Spousal Maintenance, Property Settlement.

## Part 2: List All of Your NONPRIORITY Unsecured Claims

**3. Do any creditors have nonpriority unsecured claims against you?**

- ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
- ☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

**4.1** **3TH LLC**
Nonpriority Creditor's Name
**1912 N 159th St E**
Number Street

**Wichita, KS 67230**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Goods & Services**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.2** **Acuity Insurance**
Nonpriority Creditor's Name
**PO Box 58**
Number Street

**Sheboygan, WI 53082**
City State ZIP Code

**Last 4 digits of account number** 4 4 8 9 **$37,682.28**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Insurance**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

**4.3** **Advance Termite & Pest Control Inc**
Nonpriority Creditor's Name
**2515 E 14th Ave**
Number Street

**Hutchinson, KS 67501**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___ **$103.92**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Goods & Services**

**4.4** **AFCO**
Nonpriority Creditor's Name
**150 N Field Drive Ste 190**
Number Street

**Lake Forest, IL 60045**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** 9 4 0 6 **$17,029.95**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Goods & Services**

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

4.5 **Affirm Inc**
Nonpriority Creditor's Name
**650 California St Fl 12**
Number Street

**San Francisco, CA 94108**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___ **$9,506.28**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Unsecured**

4.6 **Agnew Law LLC**
Nonpriority Creditor's Name
**3201 E Douglas Ave Ste 102**
Number Street

**Wichita, KS 67218**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___ **$92,000.00**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Goods & Services**

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

**4.7** **Airgas USA LLC**
Nonpriority Creditor's Name
**PO Box 734671**
Number Street

**Dallas, TX 75373**
City State ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___ **$584.16**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Goods & Services**

**4.8** **Alert 360**
Nonpriority Creditor's Name
**PO Box 21031**
Number Street

**Tulsa, OK 74121**
City State ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**Last 4 digits of account number** 1 4 2 8 **$3,895.00**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Goods & Services**

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

4.9 **American Fence Company**
Nonpriority Creditor's Name
**PO Box 19040**
Number Street

**Phoenix, AZ 85003**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **$11,000.00**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Goods & Services**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

4.10 **Andover State Bank**
Nonpriority Creditor's Name
**Attn Officer**
**511 N Andover Rd**
Number Street
**Andover, KS 67002**
City State ZIP Code

**Last 4 digits of account number** 9 0 1 5 **$104,000.00**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Loan/Credit Card**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Remarks:** Unsecured Deficiency, if any, after deed in lieu of foreclosure

Debtor 1 Adam David Church — Case number *(if known)* ______

First Name / Middle Name / Last Name

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.11 Andrea Lynn Chilson** — **$3,998.00**

Nonpriority Creditor's Name

**120 W Blair St**

Number Street

**Mulvane, KS 67110**

City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** ______

**As of the date you file, the claim is:** Check all that apply.

- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Who incurred the debt?** Check one.

- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Goods & Services**

**Is the claim subject to offset?**

- ☑ No
- ❑ Yes

**4.12 AT&T** — **$500.00**

Nonpriority Creditor's Name

**c/o Bankruptcy Flr 4W**

**4331 Communications Dr**

Number Street

**Dallas, TX 75211**

City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** ______

**As of the date you file, the claim is:** Check all that apply.

- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Consumer Goods and Services**

**Is the claim subject to offset?**

- ☑ No
- ❑ Yes

Debtor 1 **Adam** **David** **Church** Case number *(if known)* ____________

First Name Middle Name Last Name

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

4.13 **Augusta Rentals**
Nonpriority Creditor's Name
**9965 SW Santa Fe Lake Rd**
Number Street

**Augusta, KS 67010**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **$213.00**

**When was the debt incurred?** ____________

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Goods & Services**

4.14 **B&C Heating Air Conditioning**
Nonpriority Creditor's Name
**& Electrical Inc**
**749 N Clara St**
Number Street
**Wichita, KS 67212**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **$61,400.62**

**When was the debt incurred?** ____________

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Goods & Services**

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

**4.15** **Barbara Jene Fisher** — Nonpriority Creditor's Name

**1107 E Lost Hills St** — Number Street

**Derby, KS 67037** — City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **$4,185.00**

**When was the debt incurred?** ______

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Goods & Services**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.16** **Baseline Creative** — Nonpriority Creditor's Name

**110 N Hillside** — Number Street

**Wichita, KS 67214** — City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **$5,000.00**

**When was the debt incurred?** ______

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Goods & Services**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

4.17 **Bobbie Lane and Jonathan Lane**
Nonpriority Creditor's Name
**9475 E Cross Creek Cir**
Number Street
**Wichita, KS 67206**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **$50,000.00**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Loan**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

4.18 **Builders First Source**
Nonpriority Creditor's Name
**PO Box 844106**
Number Street
**Dallas, TX 75284**
City State ZIP Code

**Last 4 digits of account number** 9 8 7 5 **$82,780.15**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Goods & Services**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

4.19 **Butler Electric Coop** — **$7,308.45**
Nonpriority Creditor's Name
PO Box 1242
Number Street
El Dorado, KS 67042
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?** ______

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify Utilities

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

4.20 **Capital One** — **$1,366.00**
Nonpriority Creditor's Name
Attn Bankruptcy
PO Box 30285
Number Street
Salt Lake City, UT 84130
City State ZIP Code

**Last 4 digits of account number** 8 0 0 9
**When was the debt incurred?** 4/1/2003

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify Credit Card

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

Debtor 1 Adam David Church — Case number *(if known)* ______

First Name / Middle Name / Last Name

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.21** **Capital One**
Nonpriority Creditor's Name
**Attn Bankruptcy**
**PO Box 30285**
Number Street
**Salt Lake City, UT 84130**
City State ZIP Code

**Last 4 digits of account number** 2 4 5 7 — **$1,050.00**

**When was the debt incurred?** 12/1/2022

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Charge Account**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**4.22** **Capital One**
Nonpriority Creditor's Name
**Attn Bankruptcy**
**Po Box 30285**
Number Street
**Salt Lake Cty, UT 84130-0285**
City State ZIP Code

**Last 4 digits of account number** 9 7 8 9 — **$3,084.11**

**When was the debt incurred?** ______

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Credit Card**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

Debtor 1 Adam David Church — Case number *(if known)* ____

First Name / Middle Name / Last Name

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.23 Cat Financial Commercial Account** — Nonpriority Creditor's Name

**Last 4 digits of account number** 3 8 8 8 — **$2,364.15**

**When was the debt incurred?** ____

**PO Box 735638**
Number Street

**Dallas, TX 75373**
City State ZIP Code

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Line of Credit**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**4.24 Caterpillar Financial Services Corp** — Nonpriority Creditor's Name

**Last 4 digits of account number** 8 9 1 4 — **$8,225.46**

**When was the debt incurred?** ____

**PO Box 340001**
Number Street

**Nashville, TN 37203**
City State ZIP Code

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Goods & Services**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

Debtor 1 Adam David Church — Case number *(if known)* ______

First Name / Middle Name / Last Name

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.25** **Celtic Bank**

Nonpriority Creditor's Name

**Attn Officer**

**268 South State Street Suite 300**

Number Street

**Salt Lake City, UT 84111**

City State ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** 8 7 2 1 — **$1,963.47**

**When was the debt incurred?** ______

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Loan**

**4.26** **Citibank Pro Trade Credit**

Nonpriority Creditor's Name

**1 Penns Way**

Number Street

**New Castle, DE 19720**

City State ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___ — **$1,067.29**

**When was the debt incurred?** ______

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Goods & Services**

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

**4.27** **City of Hutchinson**
Nonpriority Creditor's Name
**PO Box 1567**
Number Street

**Hutchinson, KS 67504-1567**
City State ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**Last 4 digits of account number** 3 4 6 4 — **$500.00**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Goods & Services**

**4.28** **City of Mulvane**
Nonpriority Creditor's Name
**211 N 2nd**
Number Street

**Mulvane, KS 67110**
City State ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**Last 4 digits of account number** 0 0 0 2 — **$187.60**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Goods & Services**

Debtor 1 Adam David Church — First Name / Middle Name / Last Name — Case number *(if known)* ____

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.29** City of Newton
Nonpriority Creditor's Name
PO Box 426
Number Street

Newton, KS 67114
City State ZIP Code

**Last 4 digits of account number** 4 0 0 7 — **$1,214.58**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify Business Goods & Services

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.30** Columbia Insurance Group
Nonpriority Creditor's Name
PO Box 801726
Number Street

Kansas City, MO 64180
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ — **unknown**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify Business Insurance

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

4.31 **Community National Bank & Trust**
Nonpriority Creditor's Name
**14 N Lincoln Ave**
Number Street

**Chanute, KS 66720**
City State ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**Last 4 digits of account number** 5 0 5 0 **$14,533.61**

**When was the debt incurred?** ______

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Loan**

4.32 **Concrete Pumping LLC**
Nonpriority Creditor's Name
**3082 S All Hallows**
Number Street

**Wichita, KS 67217**
City State ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**Last 4 digits of account number** 5 0 7 0 **$1,451.37**

**When was the debt incurred?** ______

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Goods & Services**

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. **Total claim**

**4.33** **Continental Western Group** — Nonpriority Creditor's Name

**PO Box 1594**
Number Street

**Des Moines, IA 50306**
City State ZIP Code

Last 4 digits of account number **3 8 5 6** — **$45,708.00**

When was the debt incurred? ____

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Goods & Services**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**4.34** **Corporation Service Company** — Nonpriority Creditor's Name

**UCC 122137235**

**Po Box 2576**
Number Street

**Springfield, IL 62708-2576**
City State ZIP Code

Last 4 digits of account number ____ — **unknown**

When was the debt incurred? ____

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Loan**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

4.35 **Cox Business**
Nonpriority Creditor's Name
**PO Box 650957**
Number Street

**Dallas, TX 75265-0957**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ____ **unknown**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Goods & Services**

4.36 **Credit King Auto Sales Inc**
Nonpriority Creditor's Name
**Attn Officer or Agent**
**3205 S Broadway**
Number Street
**Wichita, KS 67216**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ____ **$22,289.49**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Judgment**

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

**4.37** **Crestview Country Club**
Nonpriority Creditor's Name
**1000 N. 127th Street East**
Number Street

**Wichita, KS 67206**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___ **$1,120.75**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Unsecured**

**4.38** **CT Corporation System**
Nonpriority Creditor's Name
**As rep for UCC KS 121994800**
**330 N Brand Blvd Ste 700**
Number Street
**Glendale, CA 91203**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___ **unknown**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Loan**

Debtor 1 Adam David Church — First Name / Middle Name / Last Name — Case number (if known) ____

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.39** **D&M Mechanical**
Nonpriority Creditor's Name
**PO Box 160**
Number Street

**Mulvane, KS 67110**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ — **$5,000.00**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Loan**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.40** **Dan Winter**
Nonpriority Creditor's Name
**1930 W Evanston St**
Number Street

**Wichita, KS 67204**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ — **$90,000.00**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Loan**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor 1 Adam David Church — Case number (if known) ____

First Name / Middle Name / Last Name

## Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.41** **David Vaughn** — **$1,030.00**

Nonpriority Creditor's Name

**PO Box 183**

Number Street

**Bentley, KS 67016**

City State ZIP Code

**Who incurred the debt?** Check one.

- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ❑ Yes

**Last 4 digits of account number** ____

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.

- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Goods & Services**

**4.42** **De Leon Concrete** — **$3,510.00**

Nonpriority Creditor's Name

**4435 N Ridge Rd**

Number Street

**Wichita, KS 67205**

City State ZIP Code

**Who incurred the debt?** Check one.

- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ❑ Yes

**Last 4 digits of account number** ____

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.

- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Goods & Services**

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

4.43 **Delano Apartments LLC**
Nonpriority Creditor's Name
**225 N Sycamore**
Number Street

**Wichita, KS 67203**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **$10,000.00**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Consumer Goods and Services**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

4.44 **Designers Home Gallery**
Nonpriority Creditor's Name
**530 N Hydraulic**
Number Street

**Wichita, KS 67214**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **$34,300.93**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Goods & Services**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**Part 2:** **Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

**4.45** **Drainiacs Plumbing LLC** — **$3,800.00**
Nonpriority Creditor's Name
**2458 W 3rd N**
Number Street
**Wichita, KS 67203**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?** ______

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Goods & Services**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.46** **Elan Financial Services** — **$545.00**
Nonpriority Creditor's Name
**PO Box 790408**
Number Street
**St. Louis, MO 63179**
City State ZIP Code

**Last 4 digits of account number** **0 2 9 8**
**When was the debt incurred?** **4/1/2015**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Credit Card**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

4.47 **Everest Business Funding**
Nonpriority Creditor's Name
**12496 NW 25th St**
Number Street

**Doral, FL 33182**
City State ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___ **$72,600.00**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Loan**

4.48 **Evergy**
Nonpriority Creditor's Name
**1200 Main St**
Number Street

**Kansas City, MO 64105**
City State ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___ **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Goods & Services**

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

4.49 **Eyemed**
Nonpriority Creditor's Name
**4000 Luxottica Place**
Number Street

**Mason, OH 45040**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **$84.29**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Medical**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

4.50 **Family Business Funding**
Nonpriority Creditor's Name
**101 Plaza Real S Ste 216**
Number Street

**Boca Raton, FL 33432**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **unknown**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Loan**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

**4.51** **Family MedCenters PA**
Nonpriority Creditor's Name
**PO Box 25943**
Number Street

**Oklahoma City, OK 73125-5943**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **$90.59**

**When was the debt incurred?** ______

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Medical**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**4.52** **First and Ohio Properties Partnership**
Nonpriority Creditor's Name
**1206 East First Street**
Number Street

**Wichita, KS 67214**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **$226,806.45**

**When was the debt incurred?** ______

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Goods & Services**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

## Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

**4.53** **Firstline Advance** — Nonpriority Creditor's Name
**99 Wall St, Ste 2615** — Number Street
**New York, NY 10005** — City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **$41,000.00**

**When was the debt incurred?** ________

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Loan**

**4.54** **Forewarn LLC** — Nonpriority Creditor's Name
**2650 N. Military Trail, Suite 300** — Number Street
**Boca Raton, FL 33431** — City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **$283.55**

**When was the debt incurred?** ________

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Consumer Goods and Services**

Debtor 1 Adam David Church — First Name / Middle Name / Last Name — Case number *(if known)* ____

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** — **Total claim**

**4.55** **Freddie Araiza** — **$700.00**
Nonpriority Creditor's Name
**1290 SW 100th St**
Number Street
**Augusta, KS 67010**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?** ______

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Goods & Services**

**4.56** **Gibbys Plumbing Solutions LLC** — **$0.00**
Nonpriority Creditor's Name
**1110 N Halstead**
Number Street
**Hutchinson, KS 67501**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?** ______

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Goods & Services**

**Remarks:** paid off with sale of 320 E 1st Ave, 10/27/2026

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

4.57 **Gillian DeLano**
Nonpriority Creditor's Name
**134 E Collier**
Number Street

**Mulvane, KS 67110**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___ **$2,835.00**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify ________

4.58 **Go Rentals**
Nonpriority Creditor's Name
**880 Mexico City Ave**
Number Street

**Kansas City, MO 64153**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___ **$12,351.00**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Goods & Services**

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

4.59 **Google Workspace** — **$1,500.00**
Nonpriority Creditor's Name
**1600 Amphitheatre Pkwy**
Number Street

**Mountain View, CA 94043**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___
**When was the debt incurred?** ________

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Goods & Services**

4.60 **Headway Cap** — **$59,700.00**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**175 W. Jackson Blvd, Suite 1000**
Number Street
**Chicago, IL 60604**
City State ZIP Code

**Last 4 digits of account number** 7 8 4 1
**When was the debt incurred?** 4/24/2023

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business**

Debtor 1 Adam David Church Case number *(if known)* ______

First Name Middle Name Last Name

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

4.61 **Heartland Pest Control**
Nonpriority Creditor's Name
**3232 S West St**
Number Street

**Wichita, KS 67217**
City State ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___ **$645.58**

**When was the debt incurred?** ______

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Goods & Services**

4.62 **High Definition Roofing LLC**
Nonpriority Creditor's Name
**200 N Baltimore Ste 200**
Number Street

**Derby, KS 67037**
City State ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___ **$750.00**

**When was the debt incurred?** ______

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Goods & Services**

Debtor 1 **Adam** **David** **Church** Case number *(if known)* ____

First Name Middle Name Last Name

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

4.63 **His Light Electric LLC**
Nonpriority Creditor's Name
**950 Gayle Dr**
Number Street

**Park City, KS 67147**
City State ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___ **$32,000.00**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Goods & Services**

4.64 **Home Depot Credit Services**
Nonpriority Creditor's Name
**Po Box 6074**
Number Street

**Carol Stream, IL 60197**
City State ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**Last 4 digits of account number** **8 5 1 5** **$16,000.00**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Credit Card**

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

4.65 **Home Depot USA**
Nonpriority Creditor's Name
**PO Box Box 24101**
Number Street

**Cleveland, OH 44124**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___ **$33,000.00**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Goods & Services**

4.66 **Ideatek Telecom LLC**
Nonpriority Creditor's Name
**PO Box 2875**
Number Street

**Wichita, KS 67201**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___ **$633.66**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Goods & Services**

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

4.67 **IPFS Corporation**
Nonpriority Creditor's Name
**24722 Network Place 11th Fl**
Number Street

**Chicago, IL 60673**
City State ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**Last 4 digits of account number** 5 2 5 0 **$3,421.48**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Goods & Services**

4.68 **Js Concrete & Construction**
Nonpriority Creditor's Name
**PO Box 4149**
Number Street

**Wichita, KS 67204**
City State ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___ **$35,000.00**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Goods & Services**

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

4.69 **JYM Distribution LLC**
Nonpriority Creditor's Name
**3406 Grandview St**
Number Street

**Wichita, KS 67218**
City State ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**Last 4 digits of account number** ____ **$19,300.00**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Goods & Services**

4.70 **Kansas Copters & Wings**
Nonpriority Creditor's Name
**4800 W Beech Dr Ste 5**
Number Street

**Augusta, KS 67010**
City State ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**Last 4 digits of account number** ____ **$1,906.32**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Goods & Services**

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

4.71 **Kansas Gas Service**
Nonpriority Creditor's Name
**PO Box 219046**
Number Street

**Kansas City, MO 64121-9046**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **$8,371.76**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Goods & Services**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

4.72 **Kansas Paving**
Nonpriority Creditor's Name
**4880 N Broadway**
Number Street

**Wichita, KS 67219**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **$1,694.45**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Goods & Services**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

4.73 **Kansas Ready Mix**
Nonpriority Creditor's Name
**PO Box 4204**
Number Street

**Wichita, KS 67204**
City State ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**Last 4 digits of account number** ____ **$55,936.02**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Goods & Services**

4.74 **Kansas Turnpike Authority**
Nonpriority Creditor's Name
**PO Box 803311**
Number Street

**Kansas City, MO 64180-3311**
City State ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**Last 4 digits of account number** ____ **$134.68**

**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Goods & Services**

Debtor 1 Adam David Church — First Name / Middle Name / Last Name

Case number *(if known)* ______

**Part 2: Your NONPRIORITY Unsecured Claims – Continuation Page**

**After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.** **Total claim**

**4.77** **Kingdom Capital**
Nonpriority Creditor's Name
**7200 W 13th St, No 5**
Number Street
**Wichita, KS 67212**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **$41,043.22**

**When was the debt incurred?** ______

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Unsecured**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**4.78** **Klenda Austerman LLC**
Nonpriority Creditor's Name
**1600 Epic Center**
**301 N Main**
Number Street
**Wichita, KS 67202-0331**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **$2,965.00**

**When was the debt incurred?** ______

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Consumer Goods and Services**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**4.79** **Legacy Built to Last LLC**
Nonpriority Creditor's Name
**308 E Sherman St**
Number Street
**Hutchinson, KS 67501**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **$0.00**

**When was the debt incurred?** ______

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Goods & Services**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**Remarks:** paid off with sale of 320 E 1st, Hutchinson, KS

4.80 **Lendr**
Nonpriority Creditor's Name
**670 N Clark St, Floor 2**
Number Street

**Chicago, IL 60654**
City State ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___ **$64,554.00**

**When was the debt incurred?** __________

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Loan**

4.81 **Leuco Properties LLC**
Nonpriority Creditor's Name
**300 N Main St,**
Number Street

**Hutchinson, KS 67501**
City State ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___ **$50,000.00**

**When was the debt incurred?** __________

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Goods & Services**

4.82 **Lincoln Automotive Financial Services**
Nonpriority Creditor's Name
**PO Box 35915**
Number Street

**Cleveland, OH 44135**
City State ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___ **$26,010.39**

**When was the debt incurred?** __________

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Loan**

**Remarks:** lease deficiency from 2025 Lincoln Navigator

4.83 **Maple Living Topeka LLC**
Nonpriority Creditor's Name
**2000 E 13th St**
Number Street

**Antonino, KS 67601**
City State ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only

**Last 4 digits of account number** ___ ___ ___ ___ **$240,000.00**

**When was the debt incurred?** __________

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans

❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
❑ Yes

❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Business Loan**

**Remarks:** deficiency from sale of properties at 5206 SW 23rd St, 5215 SW 22nd Park & 5216 SW 23rd St, Topeka, KS 66614

4.84 **Matthew Mitchel**
Nonpriority Creditor's Name
**2348 N Nelson Dr Unit 1**
Number Street

**Derby, KS 67037**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **$200,000.00**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Business Goods & Services**

**Is the claim subject to offset?**
☑ No
❑ Yes

4.85 **Meritrust Federal Credit Union**
Nonpriority Creditor's Name
**Attn Officer or Agent**
**151 N Main St**
Number Street
**Wichita, KS 67202**
City State ZIP Code

**Last 4 digits of account number** **3 7 2 1** **$9,000.00**

**When was the debt incurred?** **12/1/2022**

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Who incurred the debt?** Check one.
☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
❑ Other. Specify ________

**Is the claim subject to offset?**
☑ No
❑ Yes

**Remarks:** deficiency from repossessed 2020 Silverado

4.86 **Metropolitan Area Building**
Nonpriority Creditor's Name
**and Construction Department**
**271 W 3rd St N Suite 101**
Number Street
**Wichita, KS 67202**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **$480.00**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Who incurred the debt?** Check one.
❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Business Goods & Services**

**Is the claim subject to offset?**
☑ No
❑ Yes

4.87 **Midwest CPA LLC**
Nonpriority Creditor's Name
**8020 E Central Ave Ste 155**
Number Street

**Wichita, KS 67206**
City State ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___ **$1,000.00**

**When was the debt incurred?** ____________

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Accounting**

**Remarks:** $2362.50 personal; $1750 C&R; $650 PH2; $650 PH6; $650 PH7; $3575 PPR

4.88 **Mulvane Cooperative Union**
Nonpriority Creditor's Name
**220 Poplar St**
Number Street

**Mulvane, KS 67110**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___ **$2,605.79**

**When was the debt incurred?** ____________

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Consumer Goods and Services**

4.89 **MyLowes Pro Credit Card**
Nonpriority Creditor's Name
**PO Box 669821**
Number Street

**Dallas, TX 75266**
City State ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___ **$1,900.00**

**When was the debt incurred?** ____________

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Goods & Services**

4.90 **Nationwide Affinity Ins Co of America**
Nonpriority Creditor's Name
**One West Nationwide Blvd**
Number Street

**Columbus, OH 43215**
City State ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only

**Last 4 digits of account number** ___ ___ ___ ___ **$301,178.55**

**When was the debt incurred?** ____________

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans

❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Business Goods & Services**

**Is the claim subject to offset?**
☑ No
❑ Yes

4.91 **Nisly Brothers Inc**
Nonpriority Creditor's Name
**5212 S Herren Rd**
Number Street

**Hutchinson, KS 67501**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **$3,102.46**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Who incurred the debt?** Check one.
❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Business Goods & Services**

**Is the claim subject to offset?**
☑ No
❑ Yes

4.92 **OReilly Automotive Inc**
Nonpriority Creditor's Name
**PO Box 9464**
Number Street

**Springfield, MO 65801**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **$3,150.97**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Who incurred the debt?** Check one.
❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Business Goods & Services**

**Is the claim subject to offset?**
☑ No
❑ Yes

4.93 **Orkin**
Nonpriority Creditor's Name
**1555 E 2nd St N**
Number Street

**Wichita, KS 67214**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **$2,504.76**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Who incurred the debt?** Check one.
❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Business Goods & Services**

**Is the claim subject to offset?**
☑ No
❑ Yes

4.94 **Parafin Inc.**
Nonpriority Creditor's Name
**301 Howard Street Ste 1500**

**Last 4 digits of account number** ___ ___ ___ ___ **$7,809.63**

**When was the debt incurred?** ________

Number Street

San Francisco, CA 94105

City State ZIP Code

**Who incurred the debt?** Check one.

- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ❑ Yes

**As of the date you file, the claim is:** Check all that apply.

- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Goods & Services**

---

4.95 **PDM Capital LLC**

Nonpriority Creditor's Name

**39 Broadway, Suite 1908**

Number Street

**New York, NY 10006**

City State ZIP Code

**Who incurred the debt?** Check one.

- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___ **$33,600.00**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.

- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Goods & Services**

---

4.96 **Pete Vasquez III**

Nonpriority Creditor's Name

**121 W 31st St N**

Number Street

**Wichita, KS 67204**

City State ZIP Code

**Who incurred the debt?** Check one.

- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___ **$996.54**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.

- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Goods & Services**

---

4.97 **PNC Bank**

Nonpriority Creditor's Name

**655 Business Center Dr**

Number Street

**Horsham, PA 19044**

City State ZIP Code

**Who incurred the debt?** Check one.

- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Last 4 digits of account number** ___ ___ ___ ___ **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.

- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Loan**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

4.98 **PNC Equipment Finance LLC**
Nonpriority Creditor's Name
**655 Business Center Dr Ste 250**
Number Street

**Horsham, PA 19044**
City State ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** 8 5 1 4 **unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Loan**

**Remarks:** Possible deficiency from repossession of 2 Bobcats

4.99 **Public Works and Utilities**
Nonpriority Creditor's Name
**PO Box 2922**
Number Street

**Wichita, KS 67201-2922**
City State ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** 3 5 2 1 **$33,000.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Goods & Services**

4.100 **RCB Bank**
Nonpriority Creditor's Name
**101 W Ave A**
Number Street

**Hutchinson, KS 67501**
City State ZIP Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number** 2 8 2 1 **$8,385.27**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Loan**

4.101 **RCB Bank**
Nonpriority Creditor's Name
**Attn: Officer**

**Last 4 digits of account number** 2 8 3 9 **$18,071.97**

**When was the debt incurred?**

300 West Patti Page Blvd
Number Street
Claremore, OK 74017
City State ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Loan**

---

4.102 **RF Mortgage Services**
Nonpriority Creditor's Name
**222 W. Adams Street, Suite 3150**
Number Street
**Chicago, IL 60661**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **$1,500,000.00**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Loan**

---

4.103 **Riverview Building LLC**
Nonpriority Creditor's Name
**c/o Utter Commercial Real Estate Inc**
**4237 N Eagle Lake Dr**
Number Street
**Bel Aire, KS 67220**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **unknown**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Lease**

---

4.104 **Sarah Rogers**
Nonpriority Creditor's Name
**12729 E Edgewood Dr**
Number Street
**Wichita, KS 67206**
City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **$504.00**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Goods & Services**

**Is the claim subject to offset?**
☑ No
☐ Yes

4.105

**Sedgwick RWD 3**
Nonpriority Creditor's Name
**PO Box 39**
Number Street

**Mulvane, KS 67110**
City State ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___ **$111.10**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Business Goods & Services**

4.106

**Spier Capital**
Nonpriority Creditor's Name
**415 Avenue P**
Number Street

**Brooklyn, NY 11223**
City State ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___ **$146,000.00**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Business Loan**

4.107

**St Mary Parish Catholic School**
Nonpriority Creditor's Name
**2306 E Meadowlark Blvd**
Number Street

**Derby, KS 67037**
City State ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___ **$45.00**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Consumer Goods and Services**

4.108

**Synchrony Bank**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**P.O. Box 965065**
Number Street
**Orlando, FL 32896-5065**
City State ZIP Code

**Last 4 digits of account number** **2 4 9 2** **$3,170.00**

**When was the debt incurred?** **3/1/2026**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Venmo Credit Card**

---

4.109 **Synovus Bank**

Nonpriority Creditor's Name

**Attn: Bankrupty Department**

**P.O.Box 120**

Number Street

**Columbus, GA 31902**

City State ZIP Code

**Last 4 digits of account number** **9 7 8 9** **$3,271.00**

**When was the debt incurred?** **11/1/2018**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Credit Card**

---

4.110 **TBF Group**

Nonpriority Creditor's Name

**6225 Brandon Ave, Suite 460**

Number Street

**Springfield, VA 22150**

City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **unknown**

**When was the debt incurred?** ______

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Loan**

---

4.111 **The Little Clinic of Kansas**

Nonpriority Creditor's Name

**PO Box 932924**

Number Street

**Cleveland, OH 44193-0028**

City State ZIP Code

**Last 4 digits of account number** ___ ___ ___ ___ **$1,538.40**

**When was the debt incurred?** ______

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Medical**

4.112 **The Sherwin Williams Co**
Nonpriority Creditor's Name
**Attn Officer or Agent Corp Service Co**
**1100 SW Wanamaker Rd Ste 103**
Number Street
**Topeka, KS 66604**
City State ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___ **$8,000.00**

**When was the debt incurred?** ____________

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Loan**

4.113 **The Stock Exchange Bank**
Nonpriority Creditor's Name
**Attn Officer**
**103 S Main St**
Number Street
**Caldwell, KS 67022**
City State ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___ **$243,263.77**

**When was the debt incurred?** ____________

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Loan**

4.114 **Tiffany Goines**
Nonpriority Creditor's Name
**7109 E Bayley**
Number Street
**Eastborough, KS 67207**
City State ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___ **$244.53**

**When was the debt incurred?** ____________

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Goods & Services**

4.115 **Total Visa**
Nonpriority Creditor's Name
**PO Box 4517**
Number Street
**Carol Stream, IL 60197**
City State ZIP Code

**Who incurred the debt?** Check one.
- ❑ Debtor 1 only
- ❑ Debtor 2 only

**Last 4 digits of account number** ___ ___ ___ ___ **$11,640.49**

**When was the debt incurred?** ____________

**As of the date you file, the claim is:** Check all that apply.
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Type of NONPRIORITY unsecured claim:**
- ❑ Student loans

❑ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
❑ Yes

❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Business Loan**

---

4.116 **True Business Funding**
Nonpriority Creditor's Name
**19 Spear Rd Unit 101**
Number Street

**Ramsey, NJ 07446**
City State ZIP Code

**Who incurred the debt?** Check one.
❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___ **$221,736.92**
**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**
❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Business Loan**

---

4.117 **Trusted Plumbing LLC**
Nonpriority Creditor's Name
**4521 W 13th St N**
Number Street

**Wichita, KS 67212-1829**
City State ZIP Code

**Who incurred the debt?** Check one.
❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___ **$5,485.00**
**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**
❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Business Goods & Services**

---

4.118 **Unique Funding Solutions**
Nonpriority Creditor's Name
**71 S. Central Ave, Suite 200**
Number Street

**Valley Stream, NY 11580**
City State ZIP Code

**Who incurred the debt?** Check one.
❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___ **$158,112.00**
**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**
❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Business Loan**

---

4.119 **United Rentals North America**
Nonpriority Creditor's Name
**100 First Stamford Place, Suite 700**

**Last 4 digits of account number** **8 1 1 2** **$11,255.00**
**When was the debt incurred?** **3/1/2026**

Number Street

Stamford, CT 06902

City State ZIP Code

**Who incurred the debt?** Check one.

- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ❑ Yes

**As of the date you file, the claim is:** Check all that apply.

- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Goods & Services**

---

4.120 **US Department of Education**

Nonpriority Creditor's Name

**PO Box 16448**

Number Street

**Saint Paul, MN 55116-0448**

City State ZIP Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ❑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___ **$98,123.28**

**When was the debt incurred?** ____________

**As of the date you file, the claim is:** Check all that apply.

- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ❑ Other. Specify ____________

---

4.121 **Verizon Business**

Nonpriority Creditor's Name

**500 Technology Dr #550**

Number Street

**Saint Charles, MO 63304-2225**

City State ZIP Code

**Who incurred the debt?** Check one.

- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___ **$2,063.33**

**When was the debt incurred?** ____________

**As of the date you file, the claim is:** Check all that apply.

- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Goods & Services**

**Remarks:** $1344.03 PPR; $719.30 D&M

---

4.122 **Vintage Bank Kansas**

Nonpriority Creditor's Name

**Attn Officer**

**101 S Main St**

Number Street

**Leon, KS 67074**

City State ZIP Code

**Who incurred the debt?** Check one.

- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

**Last 4 digits of account number** ___ ___ ___ ___ **unknown**

**When was the debt incurred?** ____________

**As of the date you file, the claim is:** Check all that apply.

- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts

❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❑ Yes

**Remarks:** deficiency after repossession of collateral

☑ Other. Specify **Business Loan**

---

4.123 **Waste Connections**
Nonpriority Creditor's Name
**2745 N Ohio**
Number Street

**Wichita, KS 67219**
City State ZIP Code

**Who incurred the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___ **$3,000.00**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Business Goods & Services**

---

4.124 **Wesley Medical Center**
Nonpriority Creditor's Name
**PO Box 740782**
Number Street

**Cincinnati, OH 45274-0782**
City State ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___ **$4,000.00**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Medical**

---

4.125 **WEX Bank**
Nonpriority Creditor's Name
**PO Box 4837**
Number Street

**Carol Stream, IL 60197**
City State ZIP Code

**Who incurred the debt?** Check one.

❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
❑ Yes

**Last 4 digits of account number** ___ ___ ___ ___ **$13,727.94**

**When was the debt incurred?** ________

**As of the date you file, the claim is:** Check all that apply.

❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of NONPRIORITY unsecured claim:**

❑ Student loans
❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
❑ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Business Loan**

---

4.126 **Winn Insurance Group Inc**
Nonpriority Creditor's Name
**5838 W 21st St N**

**Last 4 digits of account number** ___ ___ ___ ___ **$119.12**

**When was the debt incurred?** ________

Number Street

Wichita, KS 67205

City State ZIP Code

**Who incurred the debt?** Check one.

- ❑ Debtor 1 only
- ❑ Debtor 2 only
- ❑ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ❑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ❑ Yes

**As of the date you file, the claim is:** Check all that apply.

- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ❑ Student loans
- ❑ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ❑ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Business Goods & Services**

Debtor 1 Adam David Church — First Name / Middle Name / Last Name — Case number *(if known)* ____________

## Part 3: List Others to Be Notified About a Debt That You Already Listed

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

1. **US Attorney Wichita**
Name
**301 N Main**
**1200 Epic Center**
Number Street
**Wichita, KS 67202**
City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**
Line **2.1** of *(Check one)*:
☑ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Last 4 digits of account number** ___ ___ ___ ___

2. **Kansas Child Support Enforcement**
Name
**PO Box 497**
**Bankruptcy Reporting Contact**
Number Street
**Topeka, KS 66601**
City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**
Line **2.4** of *(Check one)*:
☑ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims
**Last 4 digits of account number** ___ ___ ___ ___

3. **VNTR Investments LLC**
Name
**6446 E Central Ave Ste 342**
Number Street
**Wichita, KS 67206**
City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**
Line **4.1** of *(Check one)*:
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims
**Last 4 digits of account number** ___ ___ ___ ___

4. **Credit Collection Services**
Name
**Po Box 607**
Number Street
**Norwood, MA 02062-0607**
City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**
Line **4.2** of *(Check one)*:
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims
**Last 4 digits of account number** ___ ___ ___ ___

5. **Butler & Associates PA**
Name
**5835 SW 29th St Ste 101**
Number Street
**Topeka, KS 66614-5501**
City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**
Line **4.2** of *(Check one)*:
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims
**Last 4 digits of account number** ___ ___ ___ ___

6. **Bankers Bank**
Name
**555 N Woodlawn Bldg 5**
Number Street
**Wichita, KS 67208**
City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**
Line **4.10** of *(Check one)*:
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims
**Last 4 digits of account number** ___ ___ ___ ___

7. **Davis Business Law PLLC**
Name
**2118 N Tyler Bldg B Ste 101**
Number Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**
Line **4.14** of *(Check one)*:
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims
**Last 4 digits of account number** ___ ___ ___ ___

Wichita, KS 67212
City State ZIP Code

8. **Builders First Source**
Name
12213 E 61st
Number Street

Broken Arrow, OK 74012
City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.18 of *(Check one)*: ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

9. **Caterpillar Financial Services Corp**
Name
PO Box 730681 Ste 103
Number Street

Dallas, TX 75373
City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.24 of *(Check one)*: ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

10. **CBK Inc**
Name
3615 SW 29th Ste Ste 101
Number Street

Topeka, KS 66614
City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.29 of *(Check one)*: ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

11. **Visa**
Name
PO Box 4517
Number Street

Carol Stream, IL 60197
City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.31 of *(Check one)*: ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

12. **Kahrs Law Offices PA**
Name
PO Box 780487
Number Street

Wichita, KS 67278
City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.36 of *(Check one)*: ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

13. **Drainiacs Plumbing**
Name
641 S Laura St
Number Street

Wichita, KS 67211-2521
City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.45 of *(Check one)*: ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

14. **Corporation Service Company**
Name
UCC 121653794
Po Box 2576
Number Street
Springfield, IL 62708-2576
City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.47 of *(Check one)*: ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

15. **EBF Holdings LLC dba Everest Business Funding**
Name
102 W 38th St 6th Floor
Number Street

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.47 of *(Check one)*: ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

New York, NY 10018
City State ZIP Code

16. Knopp Law Group PA
Name
310 W Central Ave Ste 203
Number Street

Wichita, KS 67202
City State ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.52 of (Check one):
- ❑ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

17. McCarthy Burgess & Wolff
Name
26000 Cannon Rd
Number Street

Cleveland, OH 44146
City State ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.54 of (Check one):
- ❑ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

18. Fleeson Gooing
Name
Attorneys at Law
PO Box 997
Number Street
Wichita, KS 67201
City State ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.63 of (Check one):
- ❑ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

19. Francisco J Campos
Name
3406 Grandview St
Number Street

Wichita, KS 67218
City State ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.69 of (Check one):
- ❑ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

20. Linebarger Goggan Blair & Sampson LLP
Name
Attorneys at Law
11001 W 120th Ave Ste 215
Number Street
Broomfield, CO 80021
City State ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.74 of (Check one):
- ❑ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

21. Foulston Siefkin LLP
Name
822 S Kansas Ave Ste 200 Ste 100
Number Street

Topeka, KS 66612
City State ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.76 of (Check one):
- ❑ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

22. Gilliland Green LLC
Name
PO Box 2977
Number Street

Hutchinson, KS 67501
City State ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.79 of (Check one):
- ❑ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

23. 320 Landing Complex
Name
320 E 1st Ave
Number Street

Hutchinson, KS 67501

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.81 of (Check one):
- ❑ Part 1: Creditors with Priority Unsecured Claims
- ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

City State ZIP Code

24. **Martindell Swearer Shaffer Ridenour LLP**
Name
**Attorneys at Law**
**20 Compiund Dr**
Number Street
**Hutchinson, KS 67502-4300**
City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**
Line 4.81 of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
**Last 4 digits of account number** ___ ___ ___ ___

25. **Davis Business Law PLLC**
Name
**2118 N Tyler Bldg B Ste 101**
Number Street
**Wichita, KS 67212**
City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**
Line 4.84 of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
**Last 4 digits of account number** ___ ___ ___ ___

26. **Meritrust Credit Union**
Name
**PO Box 2926**
Number Street
**Wichita, KS 67201-2926**
City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**
Line 4.85 of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
**Last 4 digits of account number** ___ ___ ___ ___

27. **Cozen O'Connor**
Name
**Attorney at Law**
**4601 DTC Blvd Ste 825**
Number Street
**Denver, CO 80237**
City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**
Line 4.90 of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
**Last 4 digits of account number** ___ ___ ___ ___

28. **Rollins Service Bureau**
Name
**PO Box 1415**
Number Street
**Atlanta, GA 30301**
City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**
Line 4.93 of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
**Last 4 digits of account number** ___ ___ ___ ___

29. **Dedicated Financial GBC**
Name
**4000 Lexington Ave N Ste 125**
Number Street
**Saint Paul, MN 55126**
City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**
Line 4.94 of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
**Last 4 digits of account number** ___ ___ ___ ___

30. **Madeb Law PLLC**
Name
**1202 Avenue U Ste 1287**
Number Street
**Brooklyn, NY 11229**
City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**
Line 4.95 of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
**Last 4 digits of account number** ___ ___ ___ ___

31. **Gabriel Smith**
Name
**Attorney at Law**
**250 W Douglas Ave Ste 2602**
Number Street
**Wichita, KS 67202**
City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**
Line 4.96 of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims ☑ Part 2: Creditors with Nonpriority Unsecured Claims
**Last 4 digits of account number** ___ ___ ___ ___

| | | |
|---|---|---|
| 32. | **Visa**<br>Name<br>**PO Box 6818**<br>Number Street<br><br>**Carol Stream, IL 60197**<br>City State ZIP Code | **On which entry in Part 1 or Part 2 did you list the original creditor?**<br>Line 4.100 of *(Check one)*: ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br>**Last 4 digits of account number** ___ ___ ___ ___ |
| 33. | **Visa**<br>Name<br>**PO Box 6818**<br>Number Street<br><br>**Carol Stream, IL 60197**<br>City State ZIP Code | **On which entry in Part 1 or Part 2 did you list the original creditor?**<br>Line 4.101 of *(Check one)*: ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br>**Last 4 digits of account number** ___ ___ ___ ___ |
| 34. | **Transworld System Inc**<br>Name<br>**500 Virginia Dr Ste 514**<br>Number Street<br><br>**Ft Washington, PA 19034-2733**<br>City State ZIP Code | **On which entry in Part 1 or Part 2 did you list the original creditor?**<br>Line 4.111 of *(Check one)*: ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br>**Last 4 digits of account number** ___ ___ ___ ___ |
| 35. | **Foulston Siefkin LLP**<br>Name<br>**822 S Kansas Ave Ste 200 Ste 100**<br>Number Street<br><br>**Topeka, KS 66612**<br>City State ZIP Code | **On which entry in Part 1 or Part 2 did you list the original creditor?**<br>Line 4.113 of *(Check one)*: ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br>**Last 4 digits of account number** ___ ___ ___ ___ |
| 36. | **Continental Recovery Service**<br>Name<br>**2051 Royal Ave**<br>Number Street<br><br>**Simi Valley, CA 93065**<br>City State ZIP Code | **On which entry in Part 1 or Part 2 did you list the original creditor?**<br>Line 4.119 of *(Check one)*: ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br>**Last 4 digits of account number** ___ ___ ___ ___ |
| 37. | **Bessine Walterbach LLP**<br>Name<br>**2900 NE 60th St Ste 150 Ste 100**<br>Number Street<br><br>**Kansas City, MO 64119**<br>City State ZIP Code | **On which entry in Part 1 or Part 2 did you list the original creditor?**<br>Line 4.119 of *(Check one)*: ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br>**Last 4 digits of account number** ___ ___ ___ ___ |
| 38. | **US Attorney Wichita**<br>Name<br>**301 N Main**<br>**1200 Epic Center**<br>Number Street<br>**Wichita, KS 67202**<br>City State ZIP Code | **On which entry in Part 1 or Part 2 did you list the original creditor?**<br>Line 4.120 of *(Check one)*: ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br>**Last 4 digits of account number** ___ ___ ___ ___ |
| 39. | **Nelnet**<br>Name<br>**US Dept of Education**<br>**PO Box 2837**<br>Number Street<br>**Portland, OR 97208-2837**<br>City State ZIP Code | **On which entry in Part 1 or Part 2 did you list the original creditor?**<br>Line 4.120 of *(Check one)*: ☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims<br>**Last 4 digits of account number** ___ ___ ___ ___ |

40. **NPAS Solutions LLC**
Name

**PO Box 7411717**
Number Street

**Chicago, IL 60674**
City State ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.124** of *(Check one):*
❑ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number** ___ ___ ___ ___

## Part 4: Add the Amounts for Each Type of Unsecured Claim

**6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.**

| | | | | | Total claim |
|---|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | | $0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | | $38,594.35 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | | $0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | + | $0.00 |
| | 6e. | **Total.** Add lines 6a through 6d. | 6e. | | $38,594.35 |

| | | | | | Total claim |
|---|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | | $98,123.28 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | | $0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | | $0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | + | $6,197,171.97 |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. | | $6,295,295.25 |

Fill in this information to identify your case:

Debtor 1: **Adam** (First Name) **David** (Middle Name) **Church** (Last Name)

Debtor 2 (Spouse, if filing): First Name / Middle Name / Last Name

United States Bankruptcy Court for the: District of **Kansas**

Case number (if known): ____________

❑ Check if this is an amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**
   - ❑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | **Delano Apartments LLC** (Name)<br>**225 N Sycamore** (Number Street)<br>**Wichita, KS 67203** (City State ZIP Code) | Residential Apartment Lease Contract, 225 N Sycamore St Apt 241, Wichita, KS 67203<br>Contract to be REJECTED |
| 2.2 | Name<br>Number Street<br>City State ZIP Code | |
| 2.3 | Name<br>Number Street<br>City State ZIP Code | |
| 2.4 | Name<br>Number Street<br>City State ZIP Code | |

Fill in this information to identify your case:

Debtor 1: Adam (First Name) David (Middle Name) Church (Last Name)

Debtor 2 (Spouse, if filing): First Name Middle Name Last Name

United States Bankruptcy Court for the: District of Kansas

Case number (if known)

❑ Check if this is an amended filing

Official Form 106H

# Schedule H: Your Codebtors

12/15

**Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.**

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)
   - ❑ No
   - ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   - ☑ No. Go to line 3.
   - ❑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
     - ❑ No
     - ❑ Yes. In which community state or territory did you live? ____________. Fill in the name and current address of that person.

   Name of your spouse, former spouse, or legal equivalent

   Number Street

   City State ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D*, *Schedule E/F*, or *Schedule G* to fill out Column 2.**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.1 | 9451 LLC (Name)<br>345 N Riverview St Ste 600 (Number Street)<br>Wichita, KS 67203 (City State ZIP Code) | ☑ Schedule D, line 2.2<br>❑ Schedule E/F, line ____<br>❑ Schedule G, line ____ |
| 3.2 | Bobbie Lane (Name)<br>9475 E Cross Creek Cir (Number Street)<br>Wichita, KS 67206 (City State ZIP Code) | ☑ Schedule D, line 2.2<br>☑ Schedule E/F, line 4.14<br>❑ Schedule G, line ____ |

## Additional Page to List More Codebtors

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.3 | **C&R Holdings LLC** (Name)<br>**PO Box 160** (Number Street)<br>**Mulvane, KS 67110** (City State ZIP Code) | ☑ Schedule D, line **2.5**<br>☑ Schedule E/F, line **4.11, 4.87, 4.96, 4.102, 4.110**<br>☐ Schedule G, line |
| 3.4 | **Charles Rogers** (Name)<br>**12729 E Edgewood Dr** (Number Street)<br>**Wichita, KS 67206** (City State ZIP Code) | ☑ Schedule D, line **2.2**<br>☐ Schedule E/F, line<br>☐ Schedule G, line |
| 3.5 | **Chris Renner** (Name)<br>**524 W 5th Ave** (Number Street)<br>**Belle Plaine, KS 67013** (City State ZIP Code) | ☑ Schedule D, line **2.5**<br>☑ Schedule E/F, line **4.11**<br>☐ Schedule G, line |
| 3.6 | **D&M Mechanical LLC** (Name)<br>**PO Box 160** (Number Street)<br>**Mulvane, KS 67110** (City State ZIP Code) | ☐ Schedule D, line<br>☑ Schedule E/F, line **2.1, 4.38, 4.95, 4.115, 4.121, 4.125**<br>☐ Schedule G, line |
| 3.7 | **Jennifer Duff** (Name)<br>**13203 E Dove Hill Street** (Number Street)<br>**Derby, KS 67037** (City State ZIP Code) | ☑ Schedule D, line **2.5**<br>☐ Schedule E/F, line<br>☐ Schedule G, line |
| 3.8 | **Parabolic Companies LLC** (Name)<br>**PO Box 160** (Number Street)<br>**Mulvane, KS 67110** (City State ZIP Code) | ☐ Schedule D, line<br>☑ Schedule E/F, line **4.45, 4.92, 4.95, 4.103, 4.119**<br>☐ Schedule G, line |

Debtor 1 Adam David Church — Case number *(if known)* ______

First Name / Middle Name / Last Name

## Additional Page to List More Codebtors

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.9 | **Parabolic Holdings 1 LLC** (Name)<br>**PO Box 160** (Number Street)<br>**Mulvane, KS 67110** (City State ZIP Code) | ☑ Schedule D, line **2.2, 2.6**<br>☑ Schedule E/F, line **4.27, 4.113**<br>☐ Schedule G, line ______ |
| 3.10 | **Parabolic Holdings 10 LLC** (Name)<br>**PO Box 160** (Number Street)<br>**Mulvane, KS 67110** (City State ZIP Code) | ☑ Schedule D, line **2.5**<br>☑ Schedule E/F, line **2.1, 4.102**<br>☐ Schedule G, line ______ |
| 3.11 | **Parabolic Holdings 11 LLC** (Name)<br>**PO Box 160** (Number Street)<br>**Mulvane, KS 67110** (City State ZIP Code) | ☑ Schedule D, line **2.2, 2.6**<br>☐ Schedule E/F, line ______<br>☐ Schedule G, line ______ |
| 3.12 | **Parabolic Holdings 12 LLC** (Name)<br>**PO Box 160** (Number Street)<br>**Mulvane, KS 67110** (City State ZIP Code) | ☑ Schedule D, line **2.2, 2.6**<br>☐ Schedule E/F, line ______<br>☐ Schedule G, line ______ |
| 3.13 | **Parabolic Holdings 13 LLC** (Name)<br>**PO Box 160** (Number Street)<br>**Mulvane, KS 67110** (City State ZIP Code) | ☑ Schedule D, line **2.2**<br>☑ Schedule E/F, line **2.1**<br>☐ Schedule G, line ______ |
| 3.14 | **Parabolic Holdings 14 LLC** (Name)<br>**PO Box 160** (Number Street)<br>**Mulvane, KS 67110** (City State ZIP Code) | ☐ Schedule D, line ______<br>☑ Schedule E/F, line **2.1, 4.67**<br>☐ Schedule G, line ______ |
| 3.15 | **Parabolic Holdings 15 LLC** (Name)<br>**PO Box 160** (Number Street)<br>**Mulvane, KS 67110** (City State ZIP Code) | ☑ Schedule D, line **2.6**<br>☑ Schedule E/F, line **4.105**<br>☐ Schedule G, line ______ |

## Additional Page to List More Codebtors

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.16 | **Parabolic Holdings 16 LLC**<br>Name<br>**PO Box 160**<br>Number Street<br>**Mulvane, KS 67110**<br>City State ZIP Code | ☑ Schedule D, line **2.2**<br>☐ Schedule E/F, line<br>☐ Schedule G, line |
| 3.17 | **Parabolic Holdings 2 LLC**<br>Name<br>**PO Box 160**<br>Number Street<br>**Mulvane, KS 67110**<br>City State ZIP Code | ☑ Schedule D, line **2.6**<br>☑ Schedule E/F, line **4.10, 4.38, 4.93, 4.110**<br>☐ Schedule G, line |
| 3.18 | **Parabolic Holdings 3 LLC**<br>Name<br>**PO Box 160**<br>Number Street<br>**Mulvane, KS 67110**<br>City State ZIP Code | ☑ Schedule D, line **2.6**<br>☑ Schedule E/F, line **4.10, 4.38, 4.110**<br>☐ Schedule G, line |
| 3.19 | **Parabolic Holdings 4 LLC**<br>Name<br>**PO Box 160**<br>Number Street<br>**Mulvane, KS 67110**<br>City State ZIP Code | ☑ Schedule D, line **2.2, 2.5, 2.6**<br>☑ Schedule E/F, line **4.102**<br>☐ Schedule G, line |
| 3.20 | **Parabolic Holdings 5 LLC**<br>Name<br>**PO Box 160**<br>Number Street<br>**Mulvane, KS 67110**<br>City State ZIP Code | ☑ Schedule D, line **2.2, 2.6**<br>☐ Schedule E/F, line<br>☐ Schedule G, line |
| 3.21 | **Parabolic Holdings 6 LLC**<br>Name<br>**PO Box 160**<br>Number Street<br>**Mulvane, KS 67110**<br>City State ZIP Code | ☐ Schedule D, line<br>☑ Schedule E/F, line **4.83**<br>☐ Schedule G, line |
| 3.22 | **Parabolic Holdings 7 LLC**<br>Name<br>**PO Box 160**<br>Number Street<br>**Mulvane, KS 67110**<br>City State ZIP Code | ☑ Schedule D, line **2.2**<br>☑ Schedule E/F, line **4.56, 4.79, 4.81**<br>☐ Schedule G, line |

## Additional Page to List More Codebtors

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.23 | **Parabolic Holdings 8 LLC**<br>Name<br>**PO Box 160**<br>Number Street<br>**Mulvane, KS 67110**<br>City State ZIP Code | ☐ Schedule D, line<br>☑ Schedule E/F, line **4.70**<br>☐ Schedule G, line |
| 3.24 | **Parabolic Holdings 9 LLC**<br>Name<br>**PO Box 160**<br>Number Street<br>**Mulvane, KS 67110**<br>City State ZIP Code | ☑ Schedule D, line **2.2**<br>☐ Schedule E/F, line<br>☐ Schedule G, line |
| 3.25 | **Parabolic Painting and Remodeling LLC**<br>Name<br>**dba Parabolic Construction**<br>**PO Box 160**<br>Number Street<br>**Mulvane, KS 67110**<br>City State ZIP Code | ☑ Schedule D, line **2.3, 2.6**<br>☑ Schedule E/F, line **2.1, 4.1, 4.2, 2.2, 2.3, 4.4, 4.6, 4.7, 4.8, 4.9, 4.14, 4.17, 4.18, 4.21, 4.23, 4.24, 4.26, 4.27, 4.28, 4.29, 4.31, 4.32, 4.33, 4.34, 4.36, 4.38, 4.39, 4.40, 4.41, 4.42, 4.44, 4.50, 4.53, 4.56, 4.63, 4.64, 4.66, 4.68, 4.69, 4.72, 4.73, 4.74, 4.76, 4.80, 4.82, 4.86, 4.91, 4.94, 4.95, 4.97, 4.98, 4.100, 4.101, 4.103, 4.104, 4.106, 4.110, 4.112, 4.114, 4.116, 4.117, 4.118, 4.121, 4.122, 4.125, 4.126**<br>☐ Schedule G, line |
| 3.26 | **Parabolic Rentals LLC**<br>Name<br>**dba Parabolic Construction**<br>**PO Box 160**<br>Number Street<br>**Mulvane, KS 67110**<br>City State ZIP Code | ☐ Schedule D, line<br>☑ Schedule E/F, line **4.15, 4.30, 4.34, 4.38, 4.47, 4.48, 4.52, 4.63, 4.71, 4.90, 4.95, 4.99, 4.110, 4.123**<br>☐ Schedule G, line |
| 3.27 | **Paul Church**<br>Name<br>**1307 N Hamilton Dr Unit A**<br>Number Street<br>**Derby, KS 67037**<br>City State ZIP Code | ☑ Schedule D, line **2.5**<br>☐ Schedule E/F, line<br>☐ Schedule G, line |
| 3.28 | **PMI Wichita**<br>Name<br>**5842 W 21st St Ste 100**<br>Number Street<br>**Wichita, KS 67205**<br>City State ZIP Code | ☐ Schedule D, line<br>☑ Schedule E/F, line **4.96**<br>☐ Schedule G, line |

## [redacted] Additional Page to List More Codebtors

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.29 | **Tihler Church**<br>Name<br>**1610 N Topaz Ln**<br>Number Street<br>**Mulvane, KS 67110**<br>City State ZIP Code | ❑ Schedule D, line ____<br>☑ Schedule E/F, line **4.2**<br>❑ Schedule G, line ____ |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Adam | David | Church |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of Kansas

Case number (if known) ____________

Check if this is:

- ❑ An amended filing
- ❑ A supplement showing postpetition chapter 13 income as of the following date:

MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ❑ Employed<br>☑ Not employed | ❑ Employed<br>❑ Not employed |
| **Occupation** | | N/A |
| **Employer's name** | | |
| **Employer's address** | Number Street<br><br>City State ZIP Code | Number Street<br><br>City State ZIP Code |
| **How long employed there?** | | |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $0.00 | |
| 3. **Estimate and list monthly overtime pay.** | 3. | + $0.00 | + |
| 4. **Calculate gross income.** Add line 2 + line 3. | 4. | $0.00 | |

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** ➔ | 4. | $0.00 | |
| 5. **List all payroll deductions:** | | | |
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $0.00 | |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $0.00 | |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $0.00 | |
| 5d. **Required repayments of retirement fund loans** | 5d. | $0.00 | |
| 5e. **Insurance** | 5e. | $0.00 | |
| 5f. **Domestic support obligations** | 5f. | $0.00 | |
| 5g. **Union dues** | 5g. | $0.00 | |
| 5h. **Other deductions.** Specify: ______ | 5h. + | $0.00 | + |
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $0.00 | |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $0.00 | |
| 8. **List all other income regularly received:** | | | |
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $0.00 | |
| 8b. **Interest and dividends** | 8b. | $0.00 | |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $0.00 | |
| 8d. **Unemployment compensation** | 8d. | $0.00 | |
| 8e. **Social Security** | 8e. | $0.00 | |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: ______ | 8f. | $0.00 | |
| 8g. **Pension or retirement income** | 8g. | $0.00 | |
| 8h. **Other monthly income.** Specify: Operating Income from Companies | 8h. + | $6,000.00 | + |
| 9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | $6,000.00 | |

10. **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. 10. $6,000.00 + ______ = $6,000.00

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.

Specify: ______ 11. + $0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies

12. **$6,000.00**
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

- ☐ No.
- ☑ Yes. Explain: **Debtor is going to start working for someone in the near future but is unsure what his income will be.**

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Adam | David | Church |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | District of Kansas | | |
| Case number (if known) | | | |

Check if this is:

- ❑ An amended filing
- ❑ A supplement showing postpetition chapter 13 expenses as of the following date:

__________
MM / DD / YYYY

# Official Form 106J

## Schedule J: Your Expenses

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Your Household

1. **Is this a joint case?**
   - ☑ No. Go to line 2.
   - ❑ Yes. **Does Debtor 2 live in a separate household?**
     - ❑ No
     - ❑ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2*.

2. **Do you have dependents?**
   Do not list Debtor 1 and Debtor 2.
   Do not state the dependents' names.
   - ❑ No
   - ☑ Yes. Fill out this information for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Child | 11 | ❑ No. ☑ Yes. |
| Child | 9 | ❑ No. ☑ Yes. |
| Child | 6 | ❑ No. ☑ Yes. |
| | | ❑ No. ❑ Yes. |
| | | ❑ No. ❑ Yes. |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   - ☑ No
   - ❑ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)**

| | | Your expenses |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $2,000.00 |
| **If not included in line 4:** | | |
| 4a. Real estate taxes | 4a. | $0.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. | $0.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $0.00 |
| 4d. Homeowner's association or condominium dues | 4d. | $0.00 |

| | | Your expenses |
|---|---|---|
| 5. **Additional mortgage payments for your residence,** such as home equity loans | 5. | $0.00 |
| 6. **Utilities:** | | |
| 6a. Electricity, heat, natural gas | 6a. | $300.00 |
| 6b. Water, sewer, garbage collection | 6b. | $50.00 |
| 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $400.00 |
| 6d. Other. Specify: | 6d. | $0.00 |
| 7. **Food and housekeeping supplies** | 7. | $1,000.00 |
| 8. **Childcare and children's education costs** | 8. | $0.00 |
| 9. **Clothing, laundry, and dry cleaning** | 9. | $100.00 |
| 10. **Personal care products and services** | 10. | $100.00 |
| 11. **Medical and dental expenses** | 11. | $0.00 |
| 12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $300.00 |
| 13. **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $0.00 |
| 14. **Charitable contributions and religious donations** | 14. | $0.00 |
| 15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a. Life insurance | 15a. | $181.40 |
| 15b. Health insurance | 15b. | $1,300.00 |
| 15c. Vehicle insurance | 15c. | $200.00 |
| 15d. Other insurance. Specify: | 15d. | $0.00 |
| 16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: **Vehicle taxes/tags** | 16. | $90.00 |
| 17. **Installment or lease payments:** | | |
| 17a. Car payments for Vehicle 1 **2023 Chevrolet Suburban** | 17a. | $1,098.61 |
| 17b. Car payments for Vehicle 2 | 17b. | $0.00 |
| 17c. Other. Specify: | 17c. | $0.00 |
| 17d. Other. Specify: | 17d. | $0.00 |
| 18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | $5,088.00 |
| 19. **Other payments you make to support others who do not live with you.** Specify: | 19. | $0.00 |
| 20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| 20a. Mortgages on other property | 20a. | $0.00 |
| 20b. Real estate taxes | 20b. | $0.00 |
| 20c. Property, homeowner's, or renter's insurance | 20c. | $0.00 |
| 20d. Maintenance, repair, and upkeep expenses | 20d. | $0.00 |
| 20e. Homeowner's association or condominium dues | 20e. | $0.00 |

21. **Other.** Specify: ______ 21. + **$0.00**

22. **Calculate your monthly expenses.**

| | | |
|---|---|---|
| 22a. Add lines 4 through 21. | 22a. | **$12,208.01** |
| 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | 22b. | **$0.00** |
| 22c. Add line 22a and 22b. The result is your monthly expenses. | 22c. | **$12,208.01** |

23. **Calculate your monthly net income.**

| | | |
|---|---|---|
| 23a. Copy line 12 (your combined monthly income) from *Schedule I*. | 23a. | **$6,000.00** |
| 23b. Copy your monthly expenses from line 22c above. | 23b. | – **$12,208.01** |
| 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. | **($6,208.01)** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.
☑ Yes.

child support and other divorce-related payments are currently in litigation

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Adam | David | Church |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of Kansas

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1: Summarize Your Assets

| | **Your assets**<br>Value of what you own |
|---|---|
| 1. ***Schedule A/B: Property*** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B* | $0.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B* | $129,297.61 |
| 1c. Copy line 63, Total of all property on *Schedule A/B* | $129,297.61 |

### Part 2: Summarize Your Liabilities

| | **Your liabilities**<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D* | $10,780,018.65 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* | $38,594.35 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* | + $6,295,295.25 |
| **Your total liabilities** | $17,113,908.25 |

### Part 3: Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I* | $6,000.00 |
| 5. *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J* | $12,208.01 |

Debtor 1 **Adam** **David** **Church** Case number *(if known)* ____________

First Name Middle Name Last Name

## Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**
   - ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   - ☑ Yes

7. **What kind of debt do you have?**
   - ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.
   - ☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income***: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14. ____________

9. **Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:**

| **From Part 4 on Schedule E/F, copy the following:** | **Total claim** |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | ____________ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | ____________ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | ____________ |
| 9d. Student loans. (Copy line 6f.) | ____________ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | ____________ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + ____________ |
| 9g. **Total**. Add lines 9a through 9f. | ____________ |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Adam | David | Church |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **District of Kansas**

Case number (if known) ____________

❑ Check if this is an amended filing

# Official Form 106Dec

## Declaration About an Individual Debtor's Schedules

**12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

❑ Yes. Name of person ____________________. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✗ **/s/ Adam David Church**
Adam David Church, Debtor 1

Date **10/30/2026**
MM/ DD/ YYYY

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Adam | David | Church |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of Kansas

Case number (if known) ____________

❑ Check if this is an amended filing

# Official Form 107

## Statement of Financial Affairs for Individuals Filing for Bankruptcy

04/25

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

❑ Married

☑ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

❑ No

☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| 616 S Cattail (Number Street)<br>Haysville, KS 67060 (City State ZIP Code) | From 03/2022<br>To 07/05/2024 | ❑ Same as Debtor 1<br>Number Street<br>City State ZIP Code | ❑ Same as Debtor 1<br>From<br>To |
| 10730 E 103rd St S (Number Street)<br>Mulvane, KS 67110 (City State ZIP Code) | From 07/05/2024<br>To 09/2026 | ❑ Same as Debtor 1<br>Number Street<br>City State ZIP Code | ❑ Same as Debtor 1<br>From<br>To |



Case 26-11282 Doc# 1 Filed 10/30/26 Page 103 of 159

Debtor 1 **Adam** **David** **Church** Case number *(if known)* ____________

First Name Middle Name Last Name

☐ Same as Debtor 1 ☐ Same as Debtor 1

| | | | |
|---|---|---|---|
| **225 N Sycamore Apt 205**<br>Number Street<br><br>**Wichita, KS 67203**<br>City State ZIP Code | From **08/2025**<br>To **11/2025** | Number Street<br><br>City State ZIP Code | From<br>To |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**(*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No

☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

## Part 2: Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No

☑ Yes. Fill in the details.

| | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | **$173,310.62** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For last calendar year:**<br>(January 1 to December 31, **2025** )<br>YYYY | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$223,785.00** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, **2024** )<br>YYYY | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$55,916.00** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

☑ No

☐ Yes. Fill in the details.


Case 26-11282 Doc# 1 Filed 10/30/26 Page 104 of 159

Debtor 1 **Adam** **David** **Church** Case number *(if known)* ____________

First Name Middle Name Last Name

## Part 3: List Certain Payments You Made Before You Filed for Bankruptcy

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

☐ No. Go to line 7.

☑ Yes. List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| **SEE ATTACHED**<br>Creditor's Name<br><br>Number Street<br><br>City State ZIP Code | | **$0.00** | | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☑ Other **PAID AT CLOSING OF TRANSFERS** |

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☐ No

☑ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| **SEE ATTACHED**<br>Insider's Name<br><br>Number Street<br><br>City State ZIP Code | | **$0.00** | **$0.00** | |

Debtor 1 **Adam** **David** **Church** — Case number *(if known)* ______

First Name / Middle Name / Last Name

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

- ☐ No
- ☑ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| **SEE ATTACHED**<br>Insider's Name<br>Number Street<br>City State ZIP Code | | **$0.00** | **$0.00** | |

## Part 4: Identify Legal Actions, Repossessions, and Foreclosures

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

- ☐ No
- ☑ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title **SEE ATTACHMENT**<br>Case number ______ | | **SEE ATTACHED**<br>Court Name<br>Number Street<br>City State ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

- ☐ No. Go to line 11.
- ☑ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| **SEE ATTACHED**<br>Creditor's Name<br>Number Street<br>City State ZIP Code | **Included in Transfers, Question 18**<br><br>**Explain what happened**<br>☑ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized, or levied. | | |

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

- ☑ No
- ☐ Yes. Fill in the details.

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

- ☑ No
- ☐ Yes

## Part 5: List Certain Gifts and Contributions

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

- ☑ No
- ☐ Yes. Fill in the details for each gift.

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

- ☑ No
- ☐ Yes. Fill in the details for each gift or contribution.

## Part 6: List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

- ☑ No
- ☐ Yes. Fill in the details.

## Part 7: List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

- ☐ No
- ☑ Yes. Fill in the details.

| Person Who Was Paid | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Prelle Eron & Bailey, P.A.**<br>**301 N Main St Ste 2000**<br>**Wichita, KS 67202-4820**<br>Email or website address:<br>Person Who Made the Payment, if Not You: **Jennifer Duff (portion)** | **Attorney's Fee ($10,000); Filing Fee ($338); Card Fees ($62.50)** | **6/12/26**<br>**8/4/26**<br>**9/2/26** | **$224.50**<br>**$7,613.50**<br>**$2,562.50** |

| Person Who Was Paid | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Dollar Learning Foundation, Inc**<br>Number Street:<br>City State ZIP Code:<br>Email or website address:<br>Person Who Made the Payment, if Not You: | **Credit Counseling** | **7/21/26** | **$30.00** |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☐ No

☑ Yes. Fill in the details.

| Person Who Was Paid | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Prelle Eron & Bailey**<br>**301 N. Main Ste. 2000**<br>**Wichita, KS 67202** | **Attorney Fees (Michael Fowler)** | **3/4/2026**<br>**3/26/26**<br>**5/8/26**<br>**6/12/26** | **$350.00**<br>**$5,000.00**<br>**$350.00**<br>**$4,775.50** |

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☐ No

☑ Yes. Fill in the details.

| Person Who Received Transfer | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| SEE ATTACHED<br>Person Who Received Transfer<br>Number Street<br>City State ZIP Code<br>Person's relationship to you | | | |

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**
(These are often called *asset-protection devices.*)

☑ No

☐ Yes. Fill in the details.

## Part 8: List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No

☑ Yes. Fill in the details.

| Name of Financial Institution | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| SEE ATTACHED<br>Name of Financial Institution<br>Number Street<br>City State ZIP Code | XXXX– ___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☑ Other ______ | | |

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No

☐ Yes. Fill in the details.

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No

☐ Yes. Fill in the details.


Case 26-11282 Doc# 1 Filed 10/30/26 Page 109 of 159

Debtor 1 **Adam** **David** **Church** Case number *(if known)* ____________

First Name Middle Name Last Name

## Part 9: Identify Property You Hold or Control for Someone Else

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No

☐ Yes. Fill in the details.

## Part 10: Give Details About Environmental Information

**For the purpose of Part 10, the following definitions apply:**

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Fill in the details.

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Fill in the details.

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

☐ Yes. Fill in the details.

## Part 11: Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| | | |
|---|---|---|
| SEE ATTACHED<br>Name<br><br>Number Street<br><br>City State ZIP Code | **Describe the nature of the business**<br><br>**Name of accountant or bookkeeper** | **Employer Identification number**<br>**Do not include Social Security number or ITIN.**<br>EIN: __ __ – __ __ __ __ __ __ __<br>**Dates business existed**<br>From ______ To ______ |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☐ No

☑ Yes. Fill in the details below.

| | |
|---|---|
| SEE ATTACHED<br>Name<br><br>Number Street<br><br>City State ZIP Code | **Date issued**<br><br>MM / DD / YYYY |



Case 26-11282 Doc# 1 Filed 10/30/26 Page 111 of 159

Debtor 1 **Adam** **David** **Church** Case number *(if known)* ____________

First Name Middle Name Last Name

## Part 12: Sign Below

**I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

✗ **/s/ Adam David Church**

Signature of Adam David Church, Debtor 1

Date **10/30/2026**

**Did you attach additional pages to your *Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

- ☐ No
- ☑ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

- ☑ No
- ☐ Yes. Name of person ____________

Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).



Case 26-11282 Doc# 1 Filed 10/30/26 Page 112 of 159

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Adam | David | Church |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | District of Kansas | | |
| Case number (if known) | | | |

❑ Check if this is an amended filing

# Official Form 108

## Statement of Intention for Individuals Filing Under Chapter 7

**12/15**

**If you are an individual filing under chapter 7, you must fill out this form if:**

- **creditors have claims secured by your property, or**
- **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

### Part 1: List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Capital One Auto Finance**<br>Description of property securing debt: **2023 Chevrolet Suburban** | ❑ Surrender the property.<br>❑ Retain the property and redeem it.<br>☑ Retain the property and enter into a *Reaffirmation Agreement.*<br>❑ Retain the property and [explain]: | ❑ No<br>☑ Yes |
| Creditor's name: **Mid American Credit Union**<br>Description of property securing debt: **2024 Kawasaki Mule** | ☑ Surrender the property.<br>❑ Retain the property and redeem it.<br>❑ Retain the property and enter into a *Reaffirmation Agreement.*<br>❑ Retain the property and [explain]: | ☑ No<br>❑ Yes |

Debtor 1 **Adam** **David** **Church** — First Name / Middle Name / Last Name

Case number *(if known)* ____________

## Additional Page for Part 1

| Creditor | Description of property securing debt | Intention | Claimed as exempt? |
|---|---|---|---|
| Creditor's name: **Dynamo Capital LLC** | **SEE ATTACHED PROPERTY OWNED BY COMPANIES AND ATTACHMENT TO SOFA #27** | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☑ No<br>☐ Yes |
| Creditor's name: **Fidelity Bank** | **SEE ATTACHED PROPERTY OWNED BY COMPANIES AND ATTACHMENT TO SOFA #27** | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☑ No<br>☐ Yes |
| Creditor's name: **Spruce Equity Group LLC** | **SEE ATTACHED PROPERTY OWNED BY COMPANIES AND ATTACHMENT TO SOFA #27** | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☑ No<br>☐ Yes |
| Creditor's name: **RE Investment Loans LLC** | **SEE ATTACHED PROPERTY OWNED BY COMPANIES AND ATTACHMENT TO SOFA #27** | ☑ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☑ No<br>☐ Yes |

## Part 2: List Your Unexpired Personal Property Leases

**For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | | Will the lease be assumed? |
|---|---|---|
| Lessor's name: | Delano Apartments LLC | ☑ No<br>☐ Yes |
| Description of leased property: | Residential Apartment Lease Contract, 225 N Sycamore St Apt 241, Wichita, KS 67203<br>Contract to be REJECTED | |
| Lessor's name: | | ☐ No<br>☐ Yes |
| Description of leased property: | | |
| Lessor's name: | | ☐ No<br>☐ Yes |
| Description of leased property: | | |
| Lessor's name: | | ☐ No<br>☐ Yes |
| Description of leased property: | | |
| Lessor's name: | | ☐ No<br>☐ Yes |
| Description of leased property: | | |
| Lessor's name: | | ☐ No<br>☐ Yes |
| Description of leased property: | | |
| Lessor's name: | | ☐ No<br>☐ Yes |
| Description of leased property: | | |

## Part 3: Sign Below

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

✗ ***/s/* Adam David Church**

Signature of Debtor 1

Date **10/30/2026**

MM/ DD/ YYYY

# United States Bankruptcy Court
District of Kansas

**In re** Church, Adam David

Case No. ____________

**Debtor**

Chapter 7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept .................. **$10,000.00**

   Prior to the filing of this statement I have received .................. **$10,000.00**

   Balance Due .................. **$0.00**

2. The source of the compensation paid to me was:

   ☐ Debtor ☑ Other (specify) **$2500 paid by mother, Jennifer Duff**

3. The source of compensation to be paid to me is:

   ☑ Debtor ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

   a. Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d. The fee disclosed above includes all work pre-filing. After the initial filing, time spent on the case is billed at the firm's prevailing hourly rates ($350 for January Bailey, $115 for legal assistants, rates which may increase annually consistent with rates charged to all clients of the Firm). The first $500 of post-filing billings will be provided to the debtor at no additional charge.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Post-filing billings above $500 will be charged to the client. Counsel will represent the debtor in all matters arising in the bankruptcy case, with the exception of adversary proceedings, pursuant to the terms of the retainer agreement, which is incorporated herein by reference and available upon request. A supplemental fee disclosure WILL NOT BE FILED for charges arising from such additional services, as the agreement is being disclosed herein. Counsel will not represent the debtor in adversary proceedings unless a new or amended retainer agreement is reached, which may require the payment of an additional retainer deposit. In that event, a supplemental fee disclosure WILL BE FILED.

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**10/30/2026**
*Date*

**/s/ January M. Bailey**
January M. Bailey
*Signature of Attorney*

Bar Number: 23926
Prelle Eron & Bailey, P.A.
301 N Main St Ste 2000
Wichita, KS 67202-4820
Phone: (316) 262-5500
Fax: (316) 262-5559

**Prelle Eron & Bailey, P.A.**
*Name of law firm*

Date: **10/30/2026**

**/s/ Adam David Church**
***Adam David Church***

Fill in this information to identify your case:

Debtor 1: Adam David Church
First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing):
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: District of Kansas

Case number (if known): ____________

❑ Check if this is an amended filing

# Official Form 122A-1Supp

## Statement of Exemption from Presumption of Abuse Under § 707(b)(2)

12/15

**File this supplement together with *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 if you believe that this is required by 11 U.S.C. § 707(b)(2)(C).**

## Part 1: Identify the Kind of Debts You Have

1. **Are your debts primarily consumer debts?** Consumer debts are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the *Voluntary Petition* (Official Form 101).

☑ No. Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse*, and sign Part 3. Then submit this supplement with the signed Form 122A-1.

❑ Yes. Go to Part 2.

## Part 2: Determine Whether Military Service Provisions Apply to You

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))**?**

❑ No. Go to line 3.

❑ Yes. Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1)); 32 U.S.C. § 901(1).

- ❑ No. Go to line 3.
- ❑ Yes. Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse*, and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

❑ No. Complete Form 122A-1. Do not submit this supplement.

❑ Yes. Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1)

- ❑ No. Complete Form 122A-1. Do not submit this supplement.
- ❑ Yes. Check any one of the following categories that applies:
  - ❑ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.
  - ❑ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on ____________, which is fewer than 540 days before I file this bankruptcy case.
  - ❑ **I am performing a homeland defense activity for at least 90 days.**
  - ❑ **I performed a homeland defense activity for at least 90 days,** ending on ____________, which is fewer than 540 days before I file this bankruptcy case.

If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, *The Means Test does not apply now*, and sign Part 3. Then submit this supplement with the signed Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).

If your exclusion period ends before your case is closed, you may have to file an amended form later

Fill in this information to identify your case:

Debtor 1: Adam (First Name) David (Middle Name) Church (Last Name)

Debtor 2 (Spouse, if filing): First Name / Middle Name / Last Name

United States Bankruptcy Court for the: District of Kansas

Case number (if known)

Check one box only as directed in this form and in Form 122A-1Supp:

☑ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

# Official Form 122A-1

## Chapter 7 Statement of Your Current Monthly Income

12/19

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.**

### Part 1: Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.
   - ☐ **Not married.** Fill out Column A, lines 2-11.
   - ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.
   - ☐ **Married and your spouse is NOT filing with you. You and your spouse are:**
     - ☐ **Living in the same household and are not legally separated.** Fill out both Column A and B, lines 2-11.
     - ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | *Column A* **Debtor 1** | *Column B* **Debtor 2 or non-filing spouse** |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | | |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | | |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | | |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | |
|---|---|---|---|
| Gross receipts (before all deductions) | | | |
| Ordinary and necessary operating expenses | - | - | |
| Net monthly income from a business, profession, or farm | | | Copy here → |

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | |
|---|---|---|---|
| Gross receipts (before all deductions) | | | |
| Ordinary and necessary operating expenses | - | - | |
| Net monthly income from rental or other real property | | | Copy here → |

7. **Interest, dividends, and royalties**

| | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|
| 8. **Unemployment compensation** | ________ | ________ |
| Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: ↓ | | |
| For you ________ | | |
| For your spouse ________ | | |
| 9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title. | ________ | ________ |
| 10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below. | | |
| ________ | ________ | ________ |
| ________ | ________ | ________ |
| Total amounts from separate pages, if any. | + ________ | + ________ |
| 11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B. | ________ | + ________ = ________ Total current monthly income |

## Part 2: Determine Whether the Means Test Applies to You

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11. **Copy line 11 here →** ________

Multiply by 12 (the number of months in a year). x 12

12b. The result is your annual income for this part of the form. 12b. ________

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live. ________

Fill in the number of people in your household. ________

Fill in the median family income for your state and size of household. 13. ________
To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a. ☐ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.* Go to Part 3 and fill out Form 122A–2.

## Part 3: Sign Below

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

✗ **/s/ Adam David Church**
Signature of Debtor 1

Date **10/30/2026**
MM/ DD/ YYYY

If you checked line 14a, do NOT fill out or file Form 122A–2.

If you checked line 14b, fill out Form 122A–2 and file it with this form.

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF KANSAS**
**WICHITA DIVISION**

IN RE: **Church, Adam David**

CASE NO

CHAPTER **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date **10/30/2026** Signature **/s/ Adam David Church**
Adam David Church, Debtor

320 Landing Complex
320 E 1st Ave
Hutchinson, KS 67501

3TH LLC
1912 N 159th St E
Wichita, KS 67230

9451 LLC
345 N Riverview St Ste 600
Wichita, KS 67203

Acuity Insurance
PO Box 58
Sheboygan, WI 53082

Advance Termite & Pest Control Inc
2515 E 14th Ave
Hutchinson, KS 67501

AFCO
150 N Field Drive Ste 190
Lake Forest, IL 60045

Affirm Inc
650 California St Fl 12
San Francisco, CA 94108

Agnew Law LLC
3201 E Douglas Ave Ste 102
Wichita, KS 67218

Airgas USA LLC
PO Box 734671
Dallas, TX 75373

Alert 360
PO Box 21031
Tulsa, OK 74121

American Fence Company
PO Box 19040
Phoenix, AZ 85003

Andover State Bank
Attn Officer
511 N Andover Rd
Andover, KS 67002

Andrea Lynn Chilson
120 W Blair St
Mulvane, KS 67110

AT&T
c/o Bankruptcy Flr 4W
4331 Communications Dr
Dallas, TX 75211

Augusta Rentals
9965 SW Santa Fe Lake Rd
Augusta, KS 67010

B&C Heating Air Conditioning
& Electrical Inc
749 N Clara St
Wichita, KS 67212

Bankers Bank
555 N Woodlawn Bldg 5
Wichita, KS 67208

Barbara Jene Fisher
1107 E Lost Hills St
Derby, KS 67037

Baseline Creative
110 N Hillside
Wichita, KS 67214

Bessine Walterbach LLP
2900 NE 60th St Ste 150 Ste 100
Kansas City, MO 64119

Bobbie Lane
9475 E Cross Creek Cir
Wichita, KS 67206

Bobbie Lane and Jonathan Lane
9475 E Cross Creek Cir
Wichita, KS 67206

Builders First Source
PO Box 844106
Dallas, TX 75284

Builders First Source
12213 E 61st
Broken Arrow, OK 74012

Butler & Associates PA
5835 SW 29th St Ste 101
Topeka, KS 66614-5501

Butler Electric Coop
PO Box 1242
El Dorado, KS 67042

C&R Holdings LLC
PO Box 160
Mulvane, KS 67110

Capital One
Attn Bankruptcy
PO Box 30285
Salt Lake City, UT 84130

Capital One
Attn Bankruptcy
Po Box 30285
Salt Lake Cty, UT 84130-0285

Capital One Auto Finance
Attn: Bankruptcy
7933 Preston Rd
Plano, TX 75024-2302

Cat Financial Commercial Account
PO Box 735638
Dallas, TX 75373

Caterpillar Financial Services Corp
PO Box 340001
Nashville, TN 37203

Caterpillar Financial Services Corp
PO Box 730681 Ste 103
Dallas, TX 75373

CBK Inc
3615 SW 29th Ste Ste 101
Topeka, KS 66614

Celtic Bank
Attn Officer
268 South State Street Suite 300
Salt Lake City, UT 84111

Charles Rogers
12729 E Edgewood Dr
Wichita, KS 67206

Chris Renner
524 W 5th Ave
Belle Plaine, KS 67013

Citibank Pro Trade Credit
1 Penns Way
New Castle, DE 19720

City of Hutchinson
PO Box 1567
Hutchinson, KS 67504-1567

City of Mulvane
211 N 2nd
Mulvane, KS 67110

City of Newton
PO Box 426
Newton, KS 67114

Columbia Insurance Group
PO Box 801726
Kansas City, MO 64180

Community National Bank & Trust
14 N Lincoln Ave
Chanute, KS 66720

Concrete Pumping LLC
3082 S All Hallows
Wichita, KS 67217

Continental Recovery Service
2051 Royal Ave
Simi Valley, CA 93065

Continental Western Group
PO Box 1594
Des Moines, IA 50306

Corporation Service Company
UCC 121653794
Po Box 2576
Springfield, IL 62708-2576

Corporation Service Company
UCC 122137235
Po Box 2576
Springfield, IL 62708-2576

Cox Business
PO Box 650957
Dallas, TX 75265-0957

Cozen O'Connor
Attorney at Law
4601 DTC Blvd Ste 825
Denver, CO 80237

Credit Collection Services
Po Box 607
Norwood, MA 02062-0607

Credit King Auto Sales Inc
Attn Officer or Agent
3205 S Broadway
Wichita, KS 67216

Crestview Country Club
1000 N. 127th Street East
Wichita, KS 67206

CT Corporation System
As rep for UCC KS 121994800
330 N Brand Blvd Ste 700
Glendale, CA 91203

D&M Mechanical
PO Box 160
Mulvane, KS 67110

D&M Mechanical LLC
PO Box 160
Mulvane, KS 67110

Dan Winter
1930 W Evanston St
Wichita, KS 67204

David Vaughn
PO Box 183
Bentley, KS 67016

Davis Business Law PLLC
2118 N Tyler Bldg B Ste 101
Wichita, KS 67212

De Leon Concrete
4435 N Ridge Rd
Wichita, KS 67205

Dedicated Financial GBC
4000 Lexington Ave N Ste 125
Saint Paul, MN 55126

Delano Apartments LLC
225 N Sycamore
Wichita, KS 67203

Designers Home Gallery
530 N Hydraulic
Wichita, KS 67214

Drainiacs Plumbing
641 S Laura St
Wichita, KS 67211-2521

Drainiacs Plumbing LLC
2458 W 3rd N
Wichita, KS 67203

Dynamo Capital LLC
8535 E 21st St N #130
Wichita, KS 67206

EBF Holdings LLC dba Everest Business Funding
102 W 38th St 6th Floor
New York, NY 10018

Elan Financial Services
PO Box 790408
St. Louis, MO 63179

Everest Business Funding
12496 NW 25th St
Doral, FL 33182

Evergy
1200 Main St
Kansas City, MO 64105

Eyemed
4000 Luxottica Place
Mason, OH 45040

Family Business Funding
101 Plaza Real S Ste 216
Boca Raton, FL 33432

Family MedCenters PA
PO Box 25943
Oklahoma City, OK 73125-5943

Fay Servicing
425 South Financial Place Ste 2000
Chicago, IL 60605

FCI Lender Services Inc
PO Box 27370
Anaheim, CA 92809

Fidelity Bank
PO Box 1007
Wichita, KS 67201-1007

First and Ohio Properties Partnership
1206 East First Street
Wichita, KS 67214

Firstline Advance
99 Wall St, Ste 2615
New York, NY 10005

Fleeson Gooing
Attorneys at Law
PO Box 997
Wichita, KS 67201

Forewarn LLC
2650 N. Military Trail, Suite 300
Boca Raton, FL 33431

Foulston Siefkin LLP
822 S Kansas Ave Ste 200 Ste 100
Topeka, KS 66612

Francisco J Campos
3406 Grandview St
Wichita, KS 67218

Freddie Araiza
1290 SW 100th St
Augusta, KS 67010

Gabriel Smith
Attorney at Law
250 W Douglas Ave Ste 2602
Wichita, KS 67202

Gibbys Plumbing Solutions LLC
1110 N Halstead
Hutchinson, KS 67501

Gillian DeLano
134 E Collier
Mulvane, KS 67110

Gilliland Green LLC
PO Box 2977
Hutchinson, KS 67501

Go Rentals
880 Mexico City Ave
Kansas City, MO 64153

Google Workspace
1600 Amphitheatre Pkwy
Mountain View, CA 94043

Headway Cap
Attn: Bankruptcy
175 W. Jackson Blvd, Suite 1000
Chicago, IL 60604

Heartland Pest Control
3232 S West St
Wichita, KS 67217

High Definition Roofing LLC
200 N Baltimore Ste 200
Derby, KS 67037

His Light Electric LLC
950 Gayle Dr
Park City, KS 67147

Home Depot Credit Services
Po Box 6074
Carol Stream, IL 60197

Home Depot USA
PO Box Box 24101
Cleveland, OH 44124

Ideatek Telecom LLC
PO Box 2875
Wichita, KS 67201

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

IPFS Corporation
24722 Network Place 11th Fl
Chicago, IL 60673

Jennifer Duff
13203 E Dove Hill Street
Derby, KS 67037

Js Concrete & Construction
PO Box 4149
Wichita, KS 67204

JYM Distribution LLC
3406 Grandview St
Wichita, KS 67218

Kahrs Law Offices PA
PO Box 780487
Wichita, KS 67278

Kansas Child Support Enforcement
PO Box 497
Bankruptcy Reporting Contact
Topeka, KS 66601

Kansas Copters & Wings
4800 W Beech Dr Ste 5
Augusta, KS 67010

Kansas Department of Labor
Attn Legal Services
401 SW Topeka Blvd
Topeka, KS 66603-3182

Kansas Department of Revenue
Civil Tax Enforcement
PO Box 12005
Topeka, KS 66601-3058

Kansas Gas Service
PO Box 219046
Kansas City, MO 64121-9046

Kansas Paving
4880 N Broadway
Wichita, KS 67219

Kansas Ready Mix
PO Box 4204
Wichita, KS 67204

Kansas Turnpike Authority
PO Box 803311
Kansas City, MO 64180-3311

Kayley Ambersley
2140 S White Oak Dr
Eastborough, KS 67207

Keas and Sara Keasler
715 West 9th St N
Wichita, KS 67203

Kingdom Capital
7200 W 13th St, No 5
Wichita, KS 67212

Klenda Austerman LLC
1600 Epic Center
301 N Main
Wichita, KS 67202-0331

Knopp Law Group PA
310 W Central Ave Ste 203
Wichita, KS 67202

Legacy Built to Last LLC
308 E Sherman St
Hutchinson, KS 67501

Lendr
670 N Clark St, Floor 2
Chicago, IL 60654

Leuco Properties LLC
300 N Main St,
Hutchinson, KS 67501

Lincoln Automotive Financial Services
PO Box 35915
Cleveland, OH 44135

Linebarger Goggan Blair & Sampson LLP
Attorneys at Law
11001 W 120th Ave Ste 215
Broomfield, CO 80021

Madeb Law PLLC
1202 Avenue U Ste 1287
Brooklyn, NY 11229

Maple Living Topeka LLC
2000 E 13th St
Antonino, KS 67601

Martindell Swearer Shaffer Ridenour LLP
Attorneys at Law
20 Compiund Dr
Hutchinson, KS 67502-4300

Matthew Mitchel
2348 N Nelson Dr Unit 1
Derby, KS 67037

McCarthy Burgess & Wolff
26000 Cannon Rd
Cleveland, OH 44146

Meritrust Credit Union
PO Box 2926
Wichita, KS 67201-2926

Meritrust Federal Credit Union
Attn Officer or Agent
151 N Main St
Wichita, KS 67202

Metropolitan Area Building and Construction Department
271 W 3rd St N Suite 101
Wichita, KS 67202

Mid American Credit Union
8404 W Kellogg
Wichita, KS 67209

Midwest CPA LLC
8020 E Central Ave Ste 155
Wichita, KS 67206

Mulvane Cooperative Union
220 Poplar St
Mulvane, KS 67110

MyLowes Pro Credit Card
PO Box 669821
Dallas, TX 75266

Nationwide Affinity Ins Co of America
One West Nationwide Blvd
Columbus, OH 43215

Nelnet
US Dept of Education
PO Box 2837
Portland, OR 97208-2837

New Roots N Trust
8300 Mills Civic Parkway
West Des Moines, IA 50266

Nisly Brothers Inc
5212 S Herren Rd
Hutchinson, KS 67501

NPAS Solutions LLC
PO Box 7411717
Chicago, IL 60674

OReilly Automotive Inc
PO Box 9464
Springfield, MO 65801

Orkin
1555 E 2nd St N
Wichita, KS 67214

Parabolic Companies LLC
PO Box 160
Mulvane, KS 67110

Parabolic Holdings 1 LLC
PO Box 160
Mulvane, KS 67110

Parabolic Holdings 10 LLC
PO Box 160
Mulvane, KS 67110

Parabolic Holdings 11 LLC
PO Box 160
Mulvane, KS 67110

Parabolic Holdings 12 LLC
PO Box 160
Mulvane, KS 67110

Parabolic Holdings 13 LLC
PO Box 160
Mulvane, KS 67110

Parabolic Holdings 14 LLC
PO Box 160
Mulvane, KS 67110

Parabolic Holdings 15 LLC
PO Box 160
Mulvane, KS 67110

Parabolic Holdings 16 LLC
PO Box 160
Mulvane, KS 67110

Parabolic Holdings 2 LLC
PO Box 160
Mulvane, KS 67110

Parabolic Holdings 3 LLC
PO Box 160
Mulvane, KS 67110

Parabolic Holdings 4 LLC
PO Box 160
Mulvane, KS 67110

Parabolic Holdings 5 LLC
PO Box 160
Mulvane, KS 67110

Parabolic Holdings 6 LLC
PO Box 160
Mulvane, KS 67110

Parabolic Holdings 7 LLC
PO Box 160
Mulvane, KS 67110

Parabolic Holdings 8 LLC
PO Box 160
Mulvane, KS 67110

Parabolic Holdings 9 LLC
PO Box 160
Mulvane, KS 67110

Parabolic Painting and Remodeling LLC
dba Parabolic Construction
PO Box 160
Mulvane, KS 67110

Parabolic Rentals LLC
dba Parabolic Construction
PO Box 160
Mulvane, KS 67110

Parafin Inc.
301 Howard Street Ste 1500
San Francisco, CA 94105

Paul Church
1307 N Hamilton Dr Unit A
Derby, KS 67037

PDM Capital LLC
39 Broadway, Suite 1908
New York, NY 10006

Pete Vasquez III
121 W 31st St N
Wichita, KS 67204

PMI Wichita
5842 W 21st St Ste 100
Wichita, KS 67205

PNC Bank
655 Business Center Dr
Horsham, PA 19044

PNC Equipment Finance LLC
655 Business Center Dr Ste 250
Horsham, PA 19044

Public Works and Utilities
PO Box 2922
Wichita, KS 67201-2922

RCB Bank
101 W Ave A
Hutchinson, KS 67501

RCB Bank
Attn: Officer
300 West Patti Page Blvd
Claremore, OK 74017

RE Investment Loans LLC
6400 S Fiddlers Green Circle Ste 300
Greenwood Village, CO 80111

RF Mortgage Services
222 W. Adams Street, Suite 3150
Chicago, IL 60661

Riverview Building LLC
c/o Utter Commercial Real Estate Inc
4237 N Eagle Lake Dr
Bel Aire, KS 67220

Rollins Service Bureau
PO Box 1415
Atlanta, GA 30301

Sarah Rogers
12729 E Edgewood Dr
Wichita, KS 67206

Sedgwick RWD 3
PO Box 39
Mulvane, KS 67110

Select Portfolio Servicing Inc
PO Box 65450
Salt Lake City, UT 84165-0450

Selene
PO Box 660369
Dallas, TX 75266

SouthLaw PC
13160 Foster Ste 100
Overland Park, KS 66213-2660

Spier Capital
415 Avenue P
Brooklyn, NY 11223

Spruce Equity Group LLC
6446 E Central Ave Ste 342
Wichita, KS 67206

St Mary Parish Catholic School
2306 E Meadowlark Blvd
Derby, KS 67037

Synchrony Bank
Attn: Bankruptcy
P.O. Box 965065
Orlando, FL 32896-5065

Synovus Bank
Attn: Bankrupty Department
P.O.Box 120
Columbus, GA 31902

TBF Group
6225 Brandon Ave, Suite 460
Springfield, VA 22150

The Little Clinic of Kansas
PO Box 932924
Cleveland, OH 44193-0028

The Sherwin Williams Co
Attn Officer or Agent
Corp Service Co
1100 SW Wanamaker Rd Ste 103
Topeka, KS 66604

The Stock Exchange Bank
Attn Officer
103 S Main St
Caldwell, KS 67022

Tiffany Goines
7109 E Bayley
Eastborough, KS 67207

Tihler Church
1610 N Topaz Lane
Mulvane, KS 67110

Tihler Church
1610 N Topaz Ln
Mulvane, KS 67110

Total Visa
PO Box 4517
Carol Stream, IL 60197

Transworld System Inc
500 Virginia Dr Ste 514
Ft Washington, PA 19034-2733

True Business Funding
19 Spear Rd Unit 101
Ramsey, NJ 07446

Trusted Plumbing LLC
4521 W 13th St N
Wichita, KS 67212-1829

Unique Funding Solutions
71 S. Central Ave, Suite 200
Valley Stream, NY 11580

United Rentals North America
100 First Stamford Place, Suite 700
Stamford, CT 06902

US Attorney Wichita
301 N Main
1200 Epic Center
Wichita, KS 67202

US Bank Trust NA
1011 Centre Road, Suite 203
Wilmington, DE 19805

US Department of Education
PO Box 16448
Saint Paul, MN 55116-0448

Verizon Business
500 Technology Dr #550
Saint Charles, MO 63304-2225

Vintage Bank Kansas
Attn Officer
101 S Main St
Leon, KS 67074

Visa
PO Box 4517
Carol Stream, IL 60197

Visa
PO Box 6818
Carol Stream, IL 60197

VNTR Investments LLC
6446 E Central Ave Ste 342
Wichita, KS 67206

Waste Connections
2745 N Ohio
Wichita, KS 67219

Wesley Medical Center
PO Box 740782
Cincinnati, OH 45274-0782

WEX Bank
PO Box 4837
Carol Stream, IL 60197

Winn Insurance Group Inc
5838 W 21st St N
Wichita, KS 67205

Fill in this information to identify your case:

Debtor 1 Adam David Church
First Name Middle Name Last Name

Debtor 2
(Spouse, if filing)
First Name Middle Name Last Name

United States Bankruptcy Court for the: District of Kansas

Case number
(if known)

❑ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

❑ Yes. Name of person ______________________. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).*

**Under penalty of perjury, I declare that I have read the Attachments to Schedules & Statement of Financial Affairs filed with this declaration and that they are true and correct.**

✗ /s/ Adam David Church
Adam David Church, Debtor 1

Date 10/30/2026
MM/ DD/ YYYY


Case 26-11282 Doc# 1 Filed 10/30/26 Page 130 of 159

In re: Adam David Church
Case No. _____________

United States Bankruptcy Court, District of Kansas

# Table of Contents

## Attachments to Schedules and Statement of Financial Affairs


**Page**

Declaration About an Individual Debtor's Schedules (Official Form 106Dec) .......... 1

Table of Contents .......... 2

### SCHEDULES

Schedule A/B #19 – Property Owned by Companies (6 pages) .......... 3–8

Schedule D-E-F Attachment – Dynamo Capital LLC Loans (3 pages) .......... 9–11

Schedule D-E-F Attachment – Fidelity Bank Loans (1 page) .......... 12

### STATEMENT OF FINANCIAL AFFAIRS

SOFA #7 & #8 – Payments to or Benefitting Insiders (2 pages) .......... 13–14

SOFA #9 – Lawsuits and Court Proceedings (2 pages) .......... 15–16

SOFA #18 – Transfers (includes SOFA #10) (11 pages) .......... 17–27

*Real Property Transfers* .......... 17–22

*Personal Property Transfers* .......... 23–27

SOFA #20 – Closed Bank or Financial Accounts (1 page) .......... 28

SOFA #27 – Businesses (and Schedule A/B #19) (1 page) .......... 29

SOFA #28 – Financial Statements (1 page) .......... 30


*Page numbers refer to the page position in this combined filing.*

# Schedule A/B #19 - Property Owned by Companies (6 pages)

Notes:

- Companies owe each other money per balance sheets.
- Creditors of companies are listed on Schedules D-E-F, except for real property taxes owed. Some properties are delinquent on real estate taxes to Sedgwick, Harvey, Reno, and Sumner counties.
- Rent for each property was/is collected by Parabolic Rentals LLC

## 9451 LLC

*No property currently owned by this entity.*

## C&R Holdings LLC

| Property / Description | Current Value | Amount Owed on Loan | Notes |
|---|---|---|---|
| 2529/2531/2533/2535 Park Place, Wichita, KS 67204<br>2537/2539/2541/2543 Park Place, Wichita, KS 67204<br>2544/2546/2548/2550 Wellington, Wichita, KS 67204<br>2545/2547/2549/2551 Park Place, Wichita, KS 67204<br>2552/2554/2556/2558 Wellington, Wichita, KS 67204<br>2553/2555/2557/2559 Park Place, Wichita, KS 67204<br>2560/2562/2564/2566 Wellington, Wichita, KS 67204 | \$121,900<br>\$120,500<br>\$118,400<br>\$120,200<br>\$120,200<br>\$121,100<br>\$123,700 | \$1,297,721.00 | RE Investment Loans<br>2/27/2025<br>(no renters currently) |
| 524 W 5th, Belle Plaine, KS 67013<br>517 N Elizabeth, Mulvane, KS 67110<br>307 S Dodge, Wichita, KS 67213<br>313 S Dodge, Wichita, KS 67213<br>3401 E Sunview Ave, Wichita, KS 67216 | \$81,600<br>\$114,630<br>\$47,200<br>\$125,570<br>\$39,970 | \$474,809.89 | RE Investment Loans<br>1/31/2025<br>Foreclosure filed<br>6/11/2026<br>(no renters currently) |

## OC Parter LLC

*No property currently owned by this entity.*

## Parabolic Companies LLC

*No property currently owned by this entity.*

## Parabolic Holdings 1 LLC

| Property / Description | Current Value | Amount Owed on Loan | Notes |
|---|---|---|---|
| 1814 S Exchange Pl, Wichita, KS 67213<br>1816 S Exchange Pl, Wichita, KS 67213 | \$65,030<br>\$67,260 | \$140,852.24 | Dynamo Capital Loan<br>6/30/2025 – matured<br>1/1/2026 (serviced by FCI)<br>(no renters currently) |
| 317 W 6th Ave, Belle Plaine, KS 67013<br>203 W Bridge, Mulvane, KS 67110<br>207 W 10th Ave, Hutchinson, KS 67501 | \$132,230<br>\$149,410<br>\$18,450 | \$402,036.20 | Dynamo Capital Loan<br>8/4/2025 – matured<br>3/1/2026<br>(no renters currently) |
| 1736 S Exchange St, Wichita, KS 67213<br>1738 S Exchange St, Wichita, KS 67213 | \$106,160<br>(listed together) | \$198,508.34 | Dynamo Capital Loan<br>12/31/2025 – matures<br>2056 (serviced by Selene)<br>(no renters currently) |

| Property / Description | Current Value | Amount Owed on Loan | Notes |
|---|---|---|---|
| 417 W 5th St, Newton, KS 67114 | $36,300 | $101,014.45 | Dynamo Capital Loan 12/30/2025 – matured 3/1/2026 (serviced by Selene)<br>(no renters currently) |
| 1316 University Ave, Apt 1 & 2, Wichita, KS 67213 | $158,320 | $242,963.77 | Foreclosure filed by The Stock Exchange Bank<br>(no renters currently) |

## Parabolic Holdings 2 LLC

*No property currently owned by this entity.*

## Parabolic Holdings 3 LLC

*No property currently owned by this entity.*

## Parabolic Holdings 4 LLC

| Property / Description | Current Value | Amount Owed on Loan | Notes |
|---|---|---|---|
| 621 E 2nd Ave, Hutchinson, Kansas 67501 | $86,100 | $88,474.76 | Dynamo Capital Loan 9/3/2025 – matures ?? – guaranteed by Adam Church (serviced by Selene)<br>(has tenant but rent delinquent) |
| 814 E 2nd Ave, Hutchinson, Kansas 67501 | $31,100 | $93,403.87 | Dynamo Capital Loan 9/5/2025 – matures ?? – guaranteed by Adam Church (serviced by Selene)<br>(paying tenant) |
| 16 N Pershing, Hutchinson, KS 67501 | $32,240 | $83,645.28 | Dynamo Capital Loan 9/8/2025 – matures ?? – guaranteed by Adam Church (serviced by Selene)<br>(no renters currently) |
| 318 Justice Street, Hutchinson, KS 67501<br>100 E 11th Avenue, Hutchinson, KS 67501<br>108 E Osborne Street, Hutchinson, KS 67501 | $68,500 | $300,755.82 | RE Investment Loans LLC loan 5/9/2025 – matures 2055 – guaranteed by Adam Church and Paul Church<br>(no renters currently) |
| 20 N Pershing, Hutchinson, KS 67501 | $1,690 | | Vacant lot next to 16 N Pershing |

## Parabolic Holdings 5 LLC

| Property / Description | Current Value | Amount Owed on Loan | Notes |
|---|---|---|---|
| 1300 El Paso Dr, Derby, KS 67037-2904 | $189,100 | $143,166.13 | Dynamo Capital Loan 11/13/2025 – matures 2055 – guaranteed by Adam Church (serviced by Selene)<br>(no renters currently) |
| 214 W 1st St, Apt 1-4, Newton, KS 67114 | $200,600 | $175,760.04 | Dynamo Capital Loan 11/18/2025 – matures 2055 – guaranteed by Adam Church (serviced by Selene)<br>(no renters currently) |
| 756 N Sheridan St, Wichita, KS 67203 | $68,910 | $134,693.89 | Dynamo Capital Loan 11/13/2025 – matures 2055 – guaranteed by Adam Church (serviced by Selene)<br>(no renters currently) |
| 321 W 4th Street, Haysville, KS 67060 | $131,400 | $108,877.34 | Dynamo Capital Loan 1/5/2026 – matures 2056– guaranteed by Adam Church (serviced by Selene)<br>(tenant delinquent on rent) |

## Parabolic Holdings 6 LLC

*No property currently owned by this entity.*

## Parabolic Holdings 7 LLC

| Property / Description | Current Value | Amount Owed on Loan | Notes |
|---|---|---|---|
| Various construction equipment | $6,260.00 | | |

## Parabolic Holdings 8 LLC

*No property currently owned by this entity.*

## Parabolic Holdings 9 LLC

| Property / Description | Current Value | Amount Owed on Loan | Notes |
|---|---|---|---|
| 1511 N Hillside St, Wichita, KS 67214-2436<br>1515 N Hillside St, Wichita, KS 67214-2436<br>1519 N Hillside St, Wichita, KS 67214-2436<br>1539 N Hillside St, Wichita, KS 67214-2436<br>2428 S Roosevelt St, Wichita, KS 67210-1157 | $48,470<br>$43,170<br>$30,740<br>$47,730<br>$43,850 | $406,283.86 | Dynamo Capital Loan 7/23/2025 – matured 2/1/2026 – guaranteed by Adam Church<br>(1515, 1539, 2428 have tenants) |

| Property / Description | Current Value | Amount Owed on Loan | Notes |
|---|---|---|---|
| 1521 N Hillside St #1 & 2, Wichita, KS 67214 | $40,290 | $119,658.63 | Dynamo Capital Loan 11/13/2025 – matures 2055 – guaranteed by Adam Church (serviced by Selene)<br>(no renters currently) |
| 1533 N Hillside St, Wichita, KS 67214-2436 | $52,420 | $85,954.48 | Dynamo Capital Loan 9/30/2025 – matures 2055 – guaranteed by Adam Church (serviced by Selene)<br>(no renters currently) |
| 117 N Pine, Newton, KS 67114 | $47,100 | $105,877.59 | Dynamo Capital Loan 1/6/2026 – matures ?? – guaranteed by Adam Church (serviced by Selene)<br>(has paying tenant) |
| 2420 E Stadium Drive, Wichita, KS 67214 | $41,540 | $104,250.00 | Dynamo Capital Loan 1/6/2026 – matures 2056 – guaranteed by Adam Church (serviced by SPS)<br>(no renters currently) |

## Parabolic Holdings 10 LLC

| Property / Description | Current Value | Amount Owed on Loan | Notes |
|---|---|---|---|
| 2252 & 2254 S Hydraulic, Wichita, KS 67211<br>2258 & 2260 S Hydraulic, Wichita, KS 67211<br>4603 N Steeds Crossing, Park City, KS 67219<br>549 S Poplar, Wichita, KS 67211<br>1112 S Emporia, Wichita, KS 67211<br>203 N Main, Belle Plaine, KS 67013 | $95,480<br>$96,890<br>$302,600<br>$90,300<br>$88,360<br>$86,150 | $920,983.79 | RE Investment Loans LLC Loan 4/4/2025 – matures 2055 – guaranteed by Adam Church and Jennifer Duff<br>(4603 rented by debtor's fiancé, 549 delinquent tenant, 203 delinquent tenant, other vacant) |

## Parabolic Holdings 11 LLC

| Property / Description | Current Value | Amount Owed on Loan | Notes |
|---|---|---|---|
| 407-411 S Kansas Ave, Newton, KS 67114 | $317,410 | $915,000.00 | Dynamo Capital Loan 7/23/2025 – matured 3/1/2026 – guaranteed by Adam Church (serviced by FCI)<br>Mechanics Lien $17,560 to His Light LLC<br>(no renters currently) |

## Parabolic Holdings 12 LLC

| Property / Description | Current Value | Amount Owed on Loan | Notes |
|---|---|---|---|
| 617 N. Erin Ln, Mulvane, Kansas 67110 | $254,260 | $210,000.00 | Dynamo Capital Loan 7/29/2025 – matured 2/1/2026 – guaranteed by Adam Church (serviced by FCI)<br>(has delinquent tenant) |
| 500 E 5th St, Newton, KS 67114 | $42,900 | $86,092.13 | Dynamo Capital Loan 12/15/2025 – matures 2056 – guaranteed by Adam Church (serviced by Selene)<br>(no renters currently) |
| 2048 S Main St, Wichita, Kansas 67213 | $101,900 | $87,301.60 | Dynamo Capital Loan 12/30/2025 – matures 2056 – guaranteed by Adam Church (serviced by Selene)<br>(paying tenant) |

## Parabolic Holdings 13 LLC

| Property / Description | Current Value | Amount Owed on Loan | Notes |
|---|---|---|---|
| 3641-3651 E Cessna, Wichita, KS 67210<br>3648-3656 E Cessna, Wichita, KS 67210<br>3660-3664 E Cessna, Wichita, KS 67210<br>2661-2665 S Jewett St, Wichita, KS 67210<br>3979-3983 E Roseberry St, Wichita, KS 67210<br>3987-3991 E Roseberry St, Wichita, KS 67210<br>3995-3999 E Roseberry St, Wichita, KS 67210<br>2501-2505 S Roosevelt St, Wichita, KS 67210<br>2853-2859 S Roosevelt St, Wichita, KS 67210<br>2693-2697 S Jewett St, Wichita, KS 67210 | $44,920<br>$43,210<br>$54,940<br>$63,940<br>$50,870<br>$62,150<br>$59,340<br>$47,560<br>$54,250<br>$55,290 | $801,450.00 | Dynamo Capital Loan 12/19/2025 – matured 7/1/2026 – guaranteed by Adam Church and Bobbie Jo Lane (serviced by FCI)<br>(managed by Key Renter, the other partner – debtor believes appr 50% occupied) |

## Parabolic Holdings 14 LLC

*No property currently owned by this entity.*

## Parabolic Holdings 15 LLC

*No property currently owned by this entity.*

## Parabolic Holdings 16 LLC

| Property / Description | Current Value | Amount Owed on Loan | Notes |
|---|---|---|---|
| 102-104 W April Dr, Mulvane, KS 67110<br>114-116 W April Dr, Mulvane, KS 67110<br>118-120 W April Dr, Mulvane, KS 67110<br>508 E Vine St, Mulvane, KS 67110<br>608 1/2 S College Ave, Mulvane, KS 67110<br>608 S College Ave, Mulvane, KS 67110<br>612 S College Ave, Mulvane, KS 67110 | $212,970<br>$211,740<br>$214,370<br>$______<br>$______<br>$______<br>$85,020 | $1,200,000.00 | Dynamo Capital Loan 7/31/2025 – matured 2/1/2026 – guaranteed by Adam Church (serviced by FCI)<br>(102, 114, 116, 120, 508, 608, 612 have paying tenants, 104 has delinquent tenant, rest vacant) |

## Parabolic Holdings 17 LLC

| Property / Description | Current Value | Amount Owed on Loan | Notes |
|---|---|---|---|
| Earnest funds held for Emery Gardens Apartments | $50,000 | | Demand letter sent 9/22/2025 |

## Parabolic Painting and Remodeling LLC

| Property / Description | Current Value | Amount Owed on Loan | Notes |
|---|---|---|---|
| Community National Bank & Trust account ending 5514 | $0.00 | | |
| Fidelity Bank account ending 1226 | $0.00 | | |
| Various equipment | $950.00 | | |
| 300 E Sherman, Hutchinson, KS 67501 | $141,900 | $169,176.07 | 1st Fidelity Bank loan 6/25/2024 – matures 2044<br>2nd Spruce<br>(1 paying tenant, other 4 units vacant) |
| 414 E 6th Street, Newton, KS 67114 | $24,600 | $123,661.09 | 1st Fidelity<br>2nd Spruce<br>(no renters currently) |

## Parabolic Rentals LLC

| Property / Description | Current Value | Amount Owed on Loan | Notes |
|---|---|---|---|
| Cash App account | $64.92 | | |
| Venmo account | $700.00 | | Account is frozen |
| Past due rent | $442,671.58 | | |

# SCHEDULE D-E-F ATTACHMENT (3 pages)

## Dynamo Capital LLC Loans

| Borrowing Entity | Loan Number | Loan Date | Maturity Date | Current Balance | Guarantor(s) | Secured Property |
|---|---|---|---|---|---|---|
| Parabolic Holdings 1 LLC | 20250249588<br>FCI #399605708 | 06/30/2025 | 1/1/2026 | $140,852.24 | Adam Church | 1814 S Exchange Pl, Wichita, KS 67213<br>1816 S Exchange Pl, Wichita, KS 67213 |
| Parabolic Holdings 1 LLC | 20251111125-R<br>FCI #399610922 | 08/04/2025 | 3/1/2026 | $402,036.20 | Adam Church | 317 W 6th Ave, Belle Plaine, KS 67013<br>203 W Bridge, Mulvane, KS 67110<br>207 W 10th Ave, Hutchinson, KS 67501 |
| Parabolic Holdings 1 LLC | 20252222231<br>Selene #2005193485 | 12/31/2025 | 2056 | $198,508.34 | Adam Church | 1736 S Exchange St, Wichita, KS 67213<br>1738 S Exchange St, Wichita, KS 67213 |
| Parabolic Holdings 1 LLC | 20252222350<br>Selene #2005194679 | 12/30/2025 | 3/1/2026 | $101,014.45 | Adam Church | 417 W 5th St, Newton, KS 67114 |
| Parabolic Holdings 11 LLC | 20251111207<br>FCI #399644069 | 12/09/2025 | 3/1/2026 | $915,000.00 | Adam Church | 407-411 S Kansas Ave, Newton, KS 67114 |
| Parabolic Holdings 12 LLC | 20250249759<br>FCI #399610904 | 07/29/2025 | 2/1/2026 | $210,000.00 | Adam Church | 617 N. Erin Ln, Mulvane, Kansas 67110 |
| Parabolic Holdings 12 LLC | 20252222330 | 12/15/2025 | Not stated | $86,092.13 | Adam Church | 500 E 5th St, Newton, KS 67114 |
| Parabolic Holdings 12 LLC | 20252222233<br>Selene #2005193486 | 12/30/2025 | 2056 | $87,301.60 | Adam Church | 2048 S Main St, Wichita, Kansas 67213 |
| Parabolic Holdings 13 LLC | 20251111208<br>FCI #399644075 | 12/19/2025 | 7/1/2026 | $801,450.00 | Adam Church and Bobbie Jo Lane | 3641-3651 E Cessna, Wichita, KS 67210<br>3648-3656 E Cessna, Wichita, KS 67210<br>3660-3664 E Cessna, Wichita, KS 67210<br>2661-2665 S Jewett St, Wichita, KS 67210<br>3979-3983 E Roseberry St, Wichita, KS 67210<br>3987-3991 E Roseberry St, Wichita, KS 67210<br>3995-3999 E Roseberry St, Wichita, KS 67210<br>2501-2505 S Roosevelt St, Wichita, KS 67210<br>2853-2859 S Roosevelt St, Wichita, KS 67210<br>2693-2697 S Jewett St, Wichita, KS 67210<br>Land, $40,000 aggregate (not itemized by parcel) |

| Borrowing Entity | Loan Number | Loan Date | Maturity Date | Current Balance | Guarantor(s) | Secured Property |
|---|---|---|---|---|---|---|
| Parabolic Holdings 16 LLC | 20250252171<br>FCI #399610916 | 07/31/2025 | 2/1/2026 | $1,200,000.00 | Adam Church | 102-104 W April Dr, Mulvane, KS 67110<br>114-116 W April Dr, Mulvane, KS 67110<br>118-120 W April Dr, Mulvane, KS 67110<br>508 E Vine St, Mulvane, KS 67110<br>608 1/2 S College Ave, Mulvane, KS 67110<br>608 S College Ave, Mulvane, KS 67110<br>612 S College Ave, Mulvane, KS 67110 |
| Parabolic Holdings 4 LLC | 20252222276-D<br>Selene #2005180784 | 09/03/2025 | Not stated | $88,474.76 | Adam Church | 621 E 2nd Ave, Hutchinson, Kansas 67501 |
| Parabolic Holdings 4 LLC | 20252222277-D<br>Selene #2005180786 | 09/05/2025 | Not stated | $93,403.87 | Adam Church | 814 E 2nd Ave, Hutchinson, Kansas 67501 |
| Parabolic Holdings 4 LLC | 20252222227-D<br>Selene #2005180780 | 09/05/2025 | Not stated | $83,645.28 | Adam Church | 16 N Pershing, Hutchinson, KS 67501 |
| Parabolic Holdings 5 LLC | 20252222323<br>Selene #2005193487 | 11/13/2025 | 2055 | $143,166.13 | Adam Church | 1300 El Paso Dr, Derby, KS 67037-2904 |
| Parabolic Holdings 5 LLC | 20252222317<br>Selene #2005191199 | 11/13/2025 | 2055 | $134,693.89 | Adam Church | 756 N Sheridan St, Wichita, KS 67203 |
| Parabolic Holdings 5 LLC | 20252222318<br>Selene #2005192257 | 11/18/2025 | 2055 | $175,760.04 | Adam Church | 214 W 1st St, Apt 1-4, Newton, KS 67114 |
| Parabolic Holdings 5 LLC | 20252222319 | 12/31/2025 | Not stated | $108,877.34 | Adam Church | 321 W 4th Street, Haysville, KS 67060 |
| Parabolic Holdings 7 LLC | 20250239145<br>FCI #399610814 | 03/31/2025 | 10/1/2025 | $1,128,649.21 | Adam Church and Charles Rogers | Unsecured deficiency after sale of 320 E 1st Ave, Hutchinson, KS 67501 |
| Parabolic Holdings 9 LLC | 20250250600 | 07/23/2025 | 2/1/2026 | $406,283.86 | Adam Church | 1511 N Hillside St, Wichita, KS 67214-2436<br>1515 N Hillside St, Wichita, KS 67214-2436<br>1519 N Hillside St, Wichita, KS 67214-2436<br>1539 N Hillside St, Wichita, KS 67214-2436<br>2428 S Roosevelt St, Wichita, KS 67210-1157 |
| Parabolic Holdings 9 LLC | 20252222340<br>Selene #2005194677 | 11/13/2025 | 2055 | $119,658.63 | Adam Church | 1521 N Hillside St #1 & 2, Wichita, KS 67214-2436 |
| Parabolic Holdings 9 LLC | 20252222342<br>Selene #2005194678 | 09/30/2025 | 2055 | $85,954.48 | Adam Church | 1533 N Hillside St, Wichita, KS 67214-2436 |
| Parabolic Holdings 9 LLC | 20252222228 | 01/06/2026 | Not stated | $105,877.59 | Adam Church | 117 N Pine, Newton, KS 67114 |
| Parabolic Holdings 9 LLC | 20252222332<br>SPS #0037328465 | 01/06/2026 | 2056 | $104,250.00 | Adam Church | 2420 E Stadium Drive, Wichita, KS 67214 |
| 9451 LLC | 20251111178 | 5/19/26 | 5/1/27 | $167,162.27 | Adam Church | Unsecured deficiency note from sale of 13906 E. Rockhill St., Wichita, KS 67230 |

| Borrowing Entity | Loan Number | Loan Date | Maturity Date | Current Balance | Guarantor(s) | Secured Property |
|---|---|---|---|---|---|---|
| Parabolic Holdings 1 LLC | 20251111206 | 5/26/26 | 6/1/27 | $21,988.25 | Adam Church | Unsecured deficiency note from sale of 3152 N. Wellington Pl., Wichita, KS 67204 |
| Parabolic Holdings 1 LLC | 20251111125-R | 5/21/26 | 5/1/27 | $41,562.26 | Adam Church | Unsecured deficiency note from sale of 129 E. Avenue E, Hutchinson, KS 67501 |
| Parabolic Holdings 1 LLC | 248179 | 4/7/26 | 4/1/27 | $11,703.87 | Adam Church | Unsecured deficiency note from sale of 200 E 8th St, Newton, KS 67114 |
| Parabolic Holdings 1 LLC | 249585 | 4/7/26 | 4/1/27 | $35,009.25 | Adam Church | Unsecured deficiency note from sale of 1228 S. Emporia Ave., Wichita, KS 67211 |
| Parabolic Holdings 11 LLC | 247341 | 5/26/26 | 5/1/27 | $34,802.01 | Adam Church | Unsecured deficiency note from sale of 505 S Kansas Ave, Newton, KS 67114 |
| Parabolic Holdings 12 LLC | 250961 | 4/7/26 | 4/1/27 | $36,405.34 | Adam Church | Unsecured deficiency note from sale of 5117 S. Cedardale Ave., Wichita, KS 67216 |
| total | | | | $7,269,583.29 | | |

# SCHEDULE D-E-F ATTACHMENT (1 page)

## Fidelity Bank Loans

| Borrowing Entity | Lender | Loan Number | Loan Date | Maturity Date | Current Balance | Guarantor(s) | Secured Property |
|---|---|---|---|---|---|---|---|
| Parabolic Painting and Remodeling LLC | Fidelity Bank | 5370049963 | 06/25/2024 | 2044 | $169,176.07 | Adam Church | 300 E Sherman, Hutchinson, KS 67501 |
| Parabolic Painting and Remodeling LLC | Fidelity Bank | 5370050164 | 8/15/2024 | 2044 | $124,172.79 | Adam Church | 414 E 6th, Newton, KS 67114 |

## RE Investment Loans

| Borrowing Entity | Loan Number | Loan Date | Maturity Date | Current Balance | Guarantor(s) | Secured Property |
|---|---|---|---|---|---|---|
| C&R Holdings LLC | 202400458 | 01/31/2025 | 2055 | $474,809.89 | Chris Renner | 517 N Elizabeth St, Mulvane KS 67110<br>307 S Dodge Ave, Wichita, KS 67213<br>524 W 5th Ave, Belle Plaine, KS 67013<br>3401 Sunview Ave, Wichita, KS 67216<br>313 S Dodge Ave, Wichita, KS 67212 |
| C&R Holdings LLC | 202500713 | 02/27/2025 | 2055 | $1,297,721.00 | Adam Church and Chris Renner | 2529/2531/2533/2535 Park Place, Wichita, KS 67204<br>2537/2539/2541/2543 Park Place, Wichita, KS 67204<br>2544/2546/2548/2550 Wellington, Wichita, KS 67204<br>2545/2547/2549/2551 Park Place, Wichita, KS 67204<br>2552/2554/2556/2558 Wellington, Wichita, KS 67204<br>2553/2555/2557/2559 Park Place, Wichita, KS 67204<br>2560/2562/2564/2566 Wellington, Wichita, KS 67204 |
| Parabolic Holdings 10 LLC | 202500840 | 04/04/2025 | 2055 | $920,983.79 | Adam Church and Jennifer Duff | 2252 & 2254 S Hydraulic, Wichita, KS 67211<br>2258 & 2260 S Hydraulic, Wichita, KS 67211<br>4603 N Steeds Crossing, Park City, KS 67219<br>549 S Poplar, Wichita, KS 67211<br>1112 S Emporia, Wichita, KS 67211<br>203 N Main, Belle Plaine, KS 67013 |
| Parabolic Holdings 4 LLC | 202500867 | 05/09/2025 | 2055 | $300,785.82 | Adam Church and Paul Church | 318 Justice Street, Hutchinson, KS 67501<br>100 E 11th Avenue, Hutchinson, KS 67501<br>108 E Osbourne Street, Hutchinson, KS 67501 |

# SOFA # 7 & 8: Payments to/benefitting Insiders (2 pages)

## Account-by-Account Summary

| Person | Relationship | Payments | Notes |
|---|---|---|---|
| Tihler Church | Ex-wife | 12/9/2025 $5,088.00<br>1/6/2026 $5,000.00<br>1/6/2026 $88.00<br>1/30/2026 $5,000.00<br>1/30/2026 $88.00<br>3/3/2026 $5,000.00<br>3/3/2026 $88.00<br>4/7/2026 $5,000.00<br>4/7/2026 $88.00<br>5/4/2026 $2,000.00<br>6/9/2026 $1,588.00<br>6/9/2026 $1,500.00<br>6/9/2026 $800.00<br>6/9/2026 $288.00<br>7/10/2026 $4,000.00<br>7/10/2026 $5,000.00<br>7/10/2026 $88.00<br>7/17/2026 $1,010.00<br>7/20/2026 $1,170.00<br>7/21/2026 $2,908.00<br>9/1/2026 $725.00<br>9/9/2026 $4,363.00<br>10/6/2026 $1,800.00<br>10/14/2026 $75.00<br>10/19/2026 $175.00 | Ongoing child support payments totaling $52,930.00 through October 19, 2026.<br>$5,088 per month beginning 11/01/2025, delinquent $8,126.00 through October 2026. |
| Tihler Church | Ex-wife | 2/20/2026 $25,000.00<br>1/20/2026 $25,000.00 | Spousal Maintenance.<br>Total amount awarded was $156,441.75 to be paid in lump sum by 1/18/2026. Currently $50,000.00 has been paid. |

| Person | Relationship | Payments | Notes |
|---|---|---|---|
| Tihler Church | Ex-wife | 11/14/2025 $25,000.00<br>12/18/2025 $50,000.00<br>12/29/2025 $150,000.00<br>1/2/2026 $5,403.49<br>1/30/2026 $5,403.49<br>7/13/2026 $15,302.00<br>7/13/2026 $11,335.98<br>9/4/2026 $38,391.69 | Property Settlement.<br>Total amount awarded was $400,000. Lump of $25,000 Nov 2025, lump $200,000 Dec 2025, remaining $5403.49 per month for 36 months. Currently paid $300,836.65 |
| Tihler Church | Ex-wife | Exeter $4,726<br>Student Loan $3,249.61<br>Venmo $5,000 1/20/26<br>Milan Hair laser $6,466.78 7/10/26<br>Medical Expenses $0 | Payments made on behalf of Tihler per divorce decree.<br>Exeter: 10/17/2025 $1,000; - 1/20/2026 $3,000; - 3/10/2026 $776.10; - 3/31/2026 $950.22<br>Student Loan: 1/20/2026 $2,785.38 and 2/3/2026 $464.23. |
| Paul & Jennifer Duff | Mother | $178,870.16 | Paid off mortgage loan with sale of 10730 E 103rd |

# SOFA #9: Lawsuits and Court Proceedings (2 pages)

| Case Title | Case Number | Court | Notes |
|---|---|---|---|
| Acuity, A Mutual Insurance Company vs. Parabolic Painting and Remodeling LLC | SG-2026-SL-017399 | Sedgwick County District Court | Collections |
| Andrea Lynn Chilson vs. Adam Church DBA Parabolic Rentals, Parabolic Companies and Parabolic Holdings, Chris Renner DBA Skyline Painting & Construction, C and R Holdings | SG-2026-SC-000313 | Sedgwick County District Court | Small Claims |
| B&C Heating Air Conditioning & Electrical Inc. vs. Parabolic Painting and Remodeling LLC d/b/a Parabolic Construction, et al | SG-2026-CV-001712 | Sedgwick County District Court | Foreclosure of mechanic's liens |
| Dynamo Capital LLC vs. Parabolic Holdings 1 LLC and Adam Church, et al | SG-2026-CV-002991 | Sedgwick County District Court | Foreclosure (1503 W 87th, now sold) |
| Fannie Mae vs. Maple Living Topeka LLC, Daver Rodriguez Alvarez, Parabolic Holdings 6 LLC | SN-2026-CV-000400 | Shawnee County District Court | Foreclosure – Dismissed 6/15/26 |
| First and Ohio Properties Partnership, a Kansas Limited Partnership vs. Parabolic Rentals LLC | SG-2026-LM-011251 | Sedgwick County District Court | Collections |
| Gillian DeLano vs. Adam Church | SG-2026-SC-000450 | Sedgwick County District Court | Small Claims |
| In the Matter of the Marriage of Tihler Michelle Church vs. Adam David Church | SG-2025-DM-006159 | Sedgwick County District Court | Divorce |
| In the Matter of the Mechanic's Lien of B&C Air Conditioning and Refrigeration, Inc. and Bobbie Lane Construction Estate Group and Parabolic Holdings 14, LLC | SG-2026-SL-000251 | Sedgwick County District Court | Mechanic's Lien |
| In the Matter of the Mechanic's Lien of B&C Heating Air Conditioning and Refrigeration, Inc. and Bobbie Lane Construction Estate Group and Parabolic Holdings 14, LLC | SG-2026-SL-000255 | Sedgwick County District Court | Mechanic's Lien |
| In the Matter of the Mechanic's Lien of Builders First Source and Parabolic Holdings 13 LLC | SG-2026-SL-000138 | Sedgwick County District Court | Mechanic's Lien |
| In the Matter of the Mechanic's Lien of Drainiacs Plumbing and Parabolic Companies | SG-2026-SL-000320 | Sedgwick County District Court | Mechanic's Lien |
| In the Matter of the Mechanic's Lien of Francisco J Campos, et al and Sarah Keasler | SG-2025-SL-000548 | Sedgwick County District Court | Mechanic's Lien |
| In the Matter of the Mechanic's Lien of Gibby's Plumbing Solutions, LLC and Parabolic Holdings 7 LL | RN-2025-SL-000035 | Reno County District Court | Mechanic's Lien – paid off by sale of 320 E 1st, should be released |
| In the Matter of the Mechanic's Lien of His Light Electric LLC and Parabolic Holdings 11 LLC | HV-2026-SL-000030 | Harvey County District Court | Mechanic's Lien |

| Case Title | Case Number | Court | Notes |
|---|---|---|---|
| In the Matter of the Mechanic's Lien of JYM Distribution LLC and Parabolic Construction LC | RN-2025-SL-000058 | Reno County District Court | Mechanic's Lien |
| In the Matter of the Mechanic's Lien of Legacy Built to Last, LLC and Parabolic Holdings 7, LLC | RN-2026-SL-000013 | Reno County District Court | Mechanic's Lien – paid off by sale of 320 E 1st, should be released |
| In the Matter of the Mechanic's Lien of Leuco Properties LLC vs. Parabolic Holdings 7 LLC | RN-2026-SL-000018 | Reno County District Court | Mechanic's Lien |
| In the Matter of the Mechanic's Lien of Trusted Plumbing LLC and Parabolic Construction | SG-2025-SL-000419 | Sedgwick County District Court | Mechanic's Lien |
| In the Matter of the Subcontractor's Lien of Kansas Ready Mix LLC and Cody L. Graves, Holly D. Graves, Parabolic Construction | SG-2026-SL-000482 | Sedgwick County District Court | Mechanic's Lien |
| Kansas Department of Revenue vs. Parabolic Painting and Remodeling LLC | SG-2026-ST-005818 | Sedgwick County District Court | Tax Warrant |
| Kansas Department of Revenue vs. Parabolic Painting and Remodeling LLC | SG-2026-ST-005821 | Sedgwick County District Court | Tax Warrant |
| Kansas Department of Revenue vs. Parabolic Painting and Remodeling LLC | SG-2026-ST-004196 | Sedgwick County District Court | Tax Warrant |
| Kayley Ambersley vs. Adam Church | SG-2026-SC-000181 | Sedgwick County District Court | Small Claims |
| Matthew Mitchel and Duane Mitchel vs. Adam Church | SG-2026-CV-001952 | Sedgwick County District Court | Foreclosure |
| Nationwide Affinity Insurance Company of America vs. Parabolic Rentals, LLC a/k/a Parabolic Construction, Adam Church | RN-2026-CV-000265 | Reno County District Court | Collections |
| PDM Capital LLC vs. D&M Mechanical LLC; Parabolic Rentals LLC; Parabolic Painting and Remodeling LLC D/B/A Parabolic Construction and Adam D. Church | EC2026-41856 | Supreme Court State of New York, County of Washington | collections |
| Pete Vasquez, III vs. PMI Wichita, Shellie Knight, C&R Holdings, Adam Henwood | SG-2025-SC-000711 | Sedgwick County District Court | collections |
| The Stock Exchange Bank vs. Parabolic Holdings 1, LLC and Adam David Church | SG-2026-CV-002303 | Sedgwick County District Court | Foreclosure of 1316 W University |
| U.S. Bank Trust National Association, not in its individual capacity but solely as Delaware Trustee for New Roots N Trust vs. C&R Holdings LLC, et al | SG-2026-CV-002173 | Sedgwick County District Court | Foreclosure |

# SOFA # 18: Transfers (includes SOFA # 10)(11 pages)

## Church – Real Property Transfers

| Seller | Buyer | Property Sold | Date of Transfer | Sale Price | Notes |
|---|---|---|---|---|---|
| | C&R Holdings LLC | 307 S Dodge, Wichita, KS 67213<br>313 S Dodge, Wichita, KS 67213<br>"land" | 10/08/2024 | $35,000<br>$129,900<br>$20,326 | Still owned |
| Adam Church and Tihler Church | James R. Strange and Kassie D. Strange | 616 South Cattail Street, Haysville, KS 67060 | 10/17/2024 | $330,000.00 | |
| | C&R Holdings LLC | 203 W. Bridge St., Mulvane, KS 67110 | 11/07/2024 | $55,000.00 | Transferred 1/1/2025 |
| Parabolic Painting and Remodeling LLC and Truearc LLC | Santino & Zayden Properties, LLC | 122 E 13th St N, Wichita, KS 67214 | 11/27/2024 | $22,000.00 | Sale price of $13,043 allocated to PPR on tax return |
| | C&R Holdings LLC | 317 W. 6th Ave., Belle Plaine, KS 67013 | 12/20/2024 | $45,000.00 | Transferred 1/1/2025 |
| | Parabolic Holdings 1 LLC | 417 W 5th, Newton, KS 67114 | 12/20/2024 | $30,000 | Still owned |
| | Parabolic Holdings 1 LLC | 129 E Ave E, Hutchinson, KS 67501 | 12/23/2024 | $15,000.00 | Still owned |
| | C&R Holdings LLC | 3401 E Sunview Ave, Wichita, KS 67216 | 12/26/2024 | $41,000.00 | Still owned |
| | Parabolic Holdings 1 LLC | 2252-2254 S Hydraulic, Wichita, KS 67211 | 12/31/2024 | $95,000.00 | Owned by Parabolic Holdings 10 LLC |
| | C&R Holdings LLC | 203 W. Bridge St., Mulvane, KS 67110<br>317 W. 6th Ave., Belle Plaine, KS 67013 | 01/01/2025 | $70,096.00<br>$48,823.00 | Owned by Parabolic Holdings 1 LLC |
| | C&R Holdings LLC | 524 W 5th, Belle Plaine, KS 67013 | 01/2025 | $74,497.00 | Still owned |
| | Parabolic Holdings 1 LLC | 1316 University, Apt 1 & 2, Wichita, KS 67213 | 01/2025 | $49,500 | Foreclosure filed by Stock Exchange Bank |
| | Parabolic Painting and Remodeling LLC | 10730 E 103rd St S, Mulvane, KS 67110 | 01/2025 | | Sold 09/2026 |
| | Parabolic Holdings 1 LLC | 2420 Stadium, Wichita, KS 67214 | 02/2025 | $40,500 | Owned by Parabolic Holdings 9 LLC |
| | Parabolic Holdings 8 LLC | 207 W 10th, Hutchinson, KS 67501 | 02/2025 | $18,000.00 | Owned by Parabolic Holdings 1 LLC |
| | Parabolic Holdings 1 LLC | 1300 N El Paso, Derby, KS 67037-2904 | 02/2025 | $74,700 | Owned by Parabolic Holdings 5 LLC |
| Parabolic Painting and Remodeling LLC | C&R Holdings LLC | 2529-2535 N Park Pl,<br>2537-2543 N Park Pl,<br>2545-2551 N Park Pl,<br>2553-2559 N Park Pl, | 02/27/2025 | $167,143.00 each<br>$1,170,001.00 total | Still owned |

| Seller | Buyer | Property Sold | Date of Transfer | Sale Price | Notes |
|---|---|---|---|---|---|
| | | 2544-2550 N Wellington Pl,<br>2552-2558 N Wellington Pl, and<br>2560-2566 N Wellington Pl,<br>all Wichita, KS 67204 | | | |
| Captain Consulting LLC (Devin Webber, Member) | Parabolic Holdings 1 LLC | 1503 West 87th Street South, Haysville, KS 67060 | 03/27/2025 | $170,000.00 | Sold 8/31/26 |
| 320 Partners, LLC | Parabolic Holdings 7 LLC | 320 E 1st Avenue, Hutchinson, KS 67501 | 03/31/2025 | $1,539,000.00 | Sold 10/27/2026 |
| | Parabolic Holdings 1 LLC | 1736 S Exchange St, Wichita, KS 67213<br>1738 S Exchange St, Wichita, KS 67213 | 03/2025 | $77,400 | Still owned |
| | Parabolic Holdings 9 LLC | 1511 N Hillside St, Wichita, KS 67214-2436<br>1515 N Hillside St, Wichita, KS 67214-2436<br>1519 N Hillside St, Wichita, KS 67214-2436<br>1521-1/2 N Hillside St, Wichita, KS 67214-2436<br>1533 N Hillside St, Wichita, KS 67214-2436<br>1539 N Hillside St, Wichita, KS 67214-2436 | 03/2025 | $387,000.00 | Still owned |
| Parabolic Painting and Remodeling LLC<br>Parabolic Holdings 1 LLC<br>Parabolic Holdings 5 LLC<br>Parabolic Holdings 8 LLC | Parabolic Holdings 10 LLC | 2252 & 2254 S Hydraulic, Wichita, KS 67211<br>2258 & 2260 S Hydraulic, Wichita, KS 67211<br>4603 N Steeds Crossing, Park City, KS 67219<br>549 S Poplar, Wichita, KS 67211<br>1112 S Emporia, Wichita, KS 67211<br>203 N Main, Belle Plaine, KS 67013 | 04/04/2025 | $XX (missing page)<br>$146,726<br>$330,134<br>$128,386<br>$210,919<br>$151,312 | Still owned |
| | Parabolic Holdings 9 LLC | 2428 S Roosevelt, Wichita, KS 67210-1157 | 04/2025 | $30,375 | Still owned |
| | Parabolic Holdings 9 LLC | 117 Pine, Newton, KS 67114 | 04/2025 | $31,500 | Still owned |
| | Parabolic Holdings 6 LLC | 5206 SW 23rd St,<br>5215 SW 22nd Park &<br>5216 SW 23rd St,<br>Topeka, KS 66614 | 04/2025 | $432,000 each ($1,296,000 total) | Sold 05/13/2026 |
| | Parabolic Holdings 12 LLC | 500 E 5th St, Newton, KS 67114 | 04/2025 | $8,100 | Still owned |
| Parabolic Painting and Remodeling LLC | Parabolic Holdings 4 LLC | 318 Justice Street, Hutchinson, KS 67501<br>100 E 11th Avenue, Hutchinson, KS 67501<br>108 E Osbourne Street, Hutchinson, KS 67501 | 05/09/2025 | | Still owned |
| | Parabolic Holdings 3 LLC | 1410 E 6th Avenue, Hutchinson, KS 67501 | 05/2025 | $33,300 | Sold 4/27/2026 |
| | Parabolic Holdings 3 LLC | 14 E 6th Avenue, Hutchinson, KS 67501 | 05/2025 | $212,400 | Deed in lieu 6/1/2026 |
| | Parabolic Holdings 11 LLC | 218 Allison, Newton, KS 67114 | 05/2025 | $55,800 | Sold 4/24/2026 |

| Seller | Buyer | Property Sold | Date of Transfer | Sale Price | Notes |
|---|---|---|---|---|---|
| | Parabolic Holdings 11 LLC | 505 S Kansas Avenue, Newton, KS 67114 | 05/2025 | $45,450 | Sold 5/27/2026 |
| | Parabolic Holdings 11 LLC | 407-411 S Kansas Ave, Newton, KS 67114 | 06/2025 | $540,000 | Still owned |
| | Parabolic Holdings 1 LLC | 1228 S Emporia, Wichita, KS 67211 | 06/2025 | $38,700 | Sold 4/27/2026 |
| | Parabolic Holdings 1 LLC | 200 E 8th St, Newton, KS 67114 | 06/2025 | $45,000 | Sold 4/27/2026 |
| | Parabolic Holdings 12 LLC | 817 S Millwood Ave, Wichita, KS 67213 | 06/2025 | $20,700 | Sold 4/9/2026 |
| | Parabolic Holdings 11 LLC | 202 W Blair St, Mulvane, KS 67110 | 06/2025 | $184,500 | Deed in lieu 6/2/2026 |
| | Parabolic Holdings 3 LLC | 512 E Sherman, Hutchinson, KS 67501 | 06/2025 | $371,700 | Deed in lieu 6/1/2026 |
| | Parabolic Holdings 5 LLC | 705 S College, Mulvane, KS 67110 | 06/2025 | $180,000 | Deed in lieu 6/2/2026 |
| | Parabolic Holdings 2 LLC | 1030 N Market St, Wichita, KS 67214 | 06/27/2025 | $1,935,000+$215,000 | Deed in lieu 6/1/2026 |
| Brett Hein, a single person | Parabolic Holdings 1 LLC | 1814 S Exchange Pl, Wichita, KS 67213<br>1816 S Exchange Pl, Wichita, KS 67213 | 06/30/2025 | $86,000.00 | Still owned |
| Parabolic Holdings 1 LLC | Parabolic Holdings 9 LLC | 2420 E Stadium Drive, Wichita, KS 67214 | 07/23/2025 | | Still owned |
| Frederick and Shirley Bolton | Parabolic Holdings 12 LLC | 617 N. Erin Ln, Mulvane, Kansas 67110 | 07/29/2025 | $210,000.00 | Still owned |
| | Parabolic Holdings 12 LLC | 2048 S Main St, Wichita, Kansas 67213 | 07/2025 | $54,000 | Still owned |
| | Parabolic Holdings 12 LLC | 5117 S. Cedardale Ave., Wichita, KS 67216 | 07/2025 | $29,700 | Sold 4/9/2026 |
| Valib Rentals, LLC | Parabolic Holdings 16 LLC | 102-104 W April Dr, Mulvane, KS 67110<br>114-116 W April Dr, Mulvane, KS 67110<br>118-120 W April Dr, Mulvane, KS 67110<br>508 E Vine St, Mulvane, KS 67110<br>608 1/2 S College Ave, Mulvane, KS 67110<br>608 S College Ave, Mulvane, KS 67110<br>612 S College Ave, Mulvane, KS 67110 | 07/31/2025 | $1,200,000.00 | Still owned |
| C&R Holdings LLC | Parabolic Holdings 1 LLC | 203 W. Bridge St., Mulvane, KS 67110<br>317 W. 6th Ave., Belle Plaine, KS 67013 | 08/04/2025 | | Still owned |
| Parabolic Holdings 2 LLC | Parabolic Holdings 1 LLC | 417 W 5th, Newton, KS 67114 | 08/04/2025 | | Still owned |
| Parabolic Holdings 8 LLC | Parabolic Holdings 1 LLC | 207 W 10th, Hutchinson, KS 67501 | 08/04/2025 | | Still owned |
| | Parabolic Holdings 14 LLC | 1109 E Douglas Ave, Wichita, KS 67211<br>1113 E Douglas Ave, Wichita, KS 67211<br>1115 E Douglas Ave, Wichita, KS 67211 | 08/25/2025 | $878,625 +$262,006<br>$439,313<br>$439,313 | Sold 8/31/26 |
| Parabolic Holdings 1 LLC | VNTR 22 Holdings, LLC | 1310 W University Ave, Wichita, KS 67213 | 09/02/2025 | $65,000.00 | |
| | Parabolic Holdings 4 LLC | 621 E 2nd Ave, Hutchinson, Kansas 67501 | 09/03/2025 | | Still owned |
| | Parabolic Holdings 5 LLC | 2225 S Ridgewood, Wichita, KS 67218 | 10/2025 | $105,000.00 | Sold 5/27/26 |

| Seller | Buyer | Property Sold | Date of Transfer | Sale Price | Notes |
|---|---|---|---|---|---|
| Parabolic Painting and Remodeling LLC | Adam Church | 10730 E 103rd, Mulvane, KS 67110 | 10/30/2025 | $736,975.00 | Sold 09/2026 |
| Parabolic Holdings 1 LLC | Parabolic Holdings 5 LLC | 1300 El Paso Dr, Derby, KS 67037-2904 | 11/13/2025 | | Still owned |
| Parabolic Painting and Remodeling LLC | Parabolic Holdings 5 LLC | 756 N Sheridan St, Wichita, KS 67203 | 11/13/2025 | | Still owned |
| | Parabolic Holdings 5 LLC | 1307 N Hamilton Dr, Unit A, Derby, KS 67037 | 11/2025 | $215,000.00 | Sold 5/26/26 |
| | Parabolic Holdings 5 LLC | 214 W 1st St, Apt 1-4, Newton, KS 67114 | 11/2025 | $155,000.00 | Still owned |
| | Parabolic Holdings 1 LLC | 3152 N. Wellington Pl., Wichita, KS 67204 | 11/2025 | $56,250 | Sold 06/08/2026 |
| OneRoof Real Estate Inc. | Parabolic Holdings 13 LLC | 2501-2505 S Roosevelt St, Wichita, KS 67210<br>2661-2665 S Jewett St, Wichita, KS 67210<br>2693-2697 S Jewett St, Wichita, KS 67210<br>2853-2859 S Roosevelt St, Wichita, KS 67210<br>3641-3651 E Cessna St, Wichita, KS 67210<br>3648-3656 E Cessna St, Wichita, KS 67210<br>3660-3664 E Cessna St, Wichita, KS 67210<br>3979-3983 E Roseberry St, Wichita, KS 67210<br>3987-3991 E Roseberry St, Wichita, KS 67210<br>3995-3999 E Roseberry St, Wichita, KS 67210 | 12/19/2025 | $400,000 plus $415,580 “construction hold back” | Still owned |
| Parabolic Painting and Remodeling LLC | Hunter and McKenzie Gibson | 20 acre parcel in Mulvane, KS | 12/29/2025 | $375,000.00 | |
| Parabolic Painting and Remodeling LLC | William Lane Eugene Covey and Michelle Ann Covey | 801 N. River St., Derby, KS 67037 | 03/24/2026 | $550,000.00 | |
| Parabolic Holdings 12 LLC | Lizeth Loera and Manuel Vazquez | 5117 S. Cedardale Ave., Wichita, KS 67216 | 04/09/2026 | $47,300.00 | Deficiency note to Dynamo Capital for short sale |
| Parabolic Holdings 12 LLC | Howara Foundation LLC | 817 S. Millwood Ave., Wichita, KS 67213 | 04/09/2026 | $31,900.00 | |
| Parabolic Holdings 11 LLC | BLU Realty Group 2 LLC | 218 Allison St, Newton, KS 67114 | 04/24/2026 | $68,200.00 | |
| Parabolic Holdings 1 LLC | Gabel Trust LLC | 1228 S. Emporia Ave., Wichita, KS 67211 | 04/27/2026 | $49,500.00 | Deficiency note to Dynamo Capital for short sale |
| Parabolic Holdings 1 LLC | Jaron Eilert and Amy Eilert | 200 E 8th St, Newton, KS 67114 | 04/27/2026 | $96,250.00 | Deficiency note to Dynamo Capital for short sale |

| Seller | Buyer | Property Sold | Date of Transfer | Sale Price | Notes |
|---|---|---|---|---|---|
| Parabolic Holdings 3 LLC | Mark E. Woleslagel and Leann E. Woleslagel | 1410 E. 6th Ave, Hutchinson, KS 67501 | 04/27/2026 | $34,100.00 | |
| Parabolic Holdings 6 LLC | Capitol Management LLC | 5206 SW 23rd St,<br>5215 SW 22nd Park &<br>5216 SW 23rd St,<br>Topeka, KS 66614 | 05/13/2026 | $1,380,000.00 (combined) | |
| 9451 LLC | Lawrence Verfurth and Virginia Verfurth | 13906 E. Rockhill St., Wichita, KS 67230 | 05/20/2026 | $1,150,000.00 | Deficiency note to Dynamo Capital for short sale |
| Parabolic Holdings 1 LLC | Mark D. Woleslagel and Leann E. Woleslagel | 129 E. Avenue E, Hutchinson, KS 67501 | 05/22/2026 | $44,000.00 | Deficiency note to Dynamo Capital for short sale |
| Parabolic Holdings 5 LLC | Paul Church | 1307 N Hamilton Dr, Unit A, Derby, KS 67037 | 05/26/2026 | $220,000.00 | Paul Church is Adam Church's father |
| Parabolic Holdings 11 LLC | House Rentals, LLC | 505 S Kansas Ave, Newton, KS 67114 | 05/27/2026 | $69,300.00 | Deficiency note to Dynamo Capital for short sale |
| Parabolic Holdings 5 LLC | BMF Holdings LLC | 2225 S. Ridgewood Dr., Wichita, KS 67218 | 05/27/2026 | $126,500.00 | |
| Parabolic Holdings 2 LLC<br>Parabolic Holdings 3 LLC<br>Parabolic Holdings 3 LLC | Andover State Bank, N.A. | 1030 N Market St, Wichita, KS 67214<br>512 E Sherman Ave, Hutchinson, KS 67501<br>14 E 6th Ave, Hutchinson, KS 67501 | 06/01/2026 | Deed in Lieu of Foreclosure | Spruce Equity Group was second position on these properties |
| Parabolic Painting and Remodeling LLC<br>Parabolic Holdings 1 LLC<br>Parabolic Holdings 2 LLC<br>Parabolic Holdings 3 LLC<br>Parabolic Holdings 4 LLC<br>Parabolic Holdings 5 LLC<br>Parabolic Holdings 11 LLC<br>Parabolic Holdings 15 LLC | Spruce Equity Group LLC | 617 E 3rd St, Newton, KS 67114<br>202 W Blair, Mulvane, KS 67110<br>705 S College Ave, Mulvane, KS 67110<br>1404 N Greenwich Rd, Mulvane, KS 67110<br>1521 3rd Hutchinson, KS 67501 | 6/2/2026 | Deed in Lieu of Foreclosure | |
| Parabolic Holdings 1 LLC | Jose De Jesus Huerta-Garduno and Alma Huerta | 3152 N. Wellington Pl., Wichita, KS 67204 | 06/08/2026 | $82,500.00 | Deficiency note to Dynamo Capital for short sale |
| Parabolic Holdings 14 LLC | 1109 E Douglas Ave LLC | 1109 E Douglas Ave, Wichita, KS 67211<br>1113 E Douglas Ave, Wichita, KS 67211<br>1115 E Douglas Ave, Wichita, KS 67211 | 8/31/2026 | $1,650,000.00 | |
| Parabolic Holdings 1 LLC | Joseph and Cara Jarry | 1503 W 87th, Haysville, KS 67060 | 8/31/2026 | $126,000.00 | Payoff to Dynamo Cap & Spruce |
| Parabolic Holdings 7 LLC | 320 Landing LLC | 320 E 1st, Hutchinson, KS 67501 | 10/27/2026 | $1,275,000.00 | Payoff mechanics liens to Gibby's Plumbing Solutions, Legacy Built to Last LLC, Reno County property taxes, remaining to Dynamo Capital |

| Seller | Buyer | Property Sold | Date of Transfer | Sale Price | Notes |
|---|---|---|---|---|---|
| Adam Church | Westen and Garret Champlin | 10730 E 103rd Street, Mulvane, KS 67110 | 09/03/2026 | $1,100,000.00 | Payoff Community National Bank, Duff mortgage, Kingdom Capital holdback $40,043.22. Church received $81,430.37 (net $42,754.69, see simultaneous transaction) |
| Adam Church | Westen and Garret Champlin | Land next to 10730 E 103rd Street, Mulvane, KS 67110 | 09/03/2026 | $300,000.00 | Payoff to Community National Bank, KDOL, KDOR. $38,675.68 paid by Church at closing (from proceeds of simultaneous transaction) |

## Church – Personal Property Transfers

| Seller | Buyer | Property Sold | Date of Transfer | Sale Price | Notes |
|---|---|---|---|---|---|
| Parabolic Painting and Remodeling LLC | Tihler Church | 4 Wheelers | 01/01/2025 | $0 | Transferred per divorce decree |
| Parabolic Painting and Remodeling LLC | Facebook Marketplace | 2024 Cynergy 2 | 02/03/2025 | $2,810.00 | |
| Foley Equipment | Adam Church | Caterpillar 28505XC | 7/9/2025 | $106,495.00 | |
| Eddy's Lincoln LLC | Parabolic Painting and Remodeling LLC | Lease of 2025 Lincoln Navigator | 09/05/2025 | Lease | Surrendered 4/15/2026 |
| Parabolic Painting and Remodeling LLC | Eddy's Volkswagon | 2024 GMC Sierra | 11/04/2025 | $62,000.00 | Proceeds paid to Vintage Bank secured loan |
| Parabolic Painting and Remodeling LLC | Trailers and Hitches Inc | Camper | 11/21/2025 | $32,199.00 | Camper had been purchased as a sort of contract for deed, with Debbie and Clyde Beye. Beyes had loan with CNBT on property, which was paid in full with the sale of the camper. |
| Adam Church | Paul Duff | Marine light | 04/02/2026 | $200.00 | father |
| Parabolic Painting and Remodeling LLC | Colby Button | 1974 Hill deckover trailer | 04/04/2026 | $2,200.00 | |
| Parabolic Painting and Remodeling LLC | Lincoln Automotive | 2025 Lincoln Navigator | 4/15/2026 | Repossession | |
| CarMax | Adam Church | 2023 Chevrolet Suburban | 4/17/2026 | $61,695.89 | Paid $4009.14 cash, remaining loan through Cap One Auto |
| Adam Church | CAT Financial | Caterpillar 28505XC | 06/2026 | Repossession | |
| Parabolic Painting and Remodeling LLC | Vintage Bank Kansas | 2015 Case Loader<br>2020 Jeep Wrangler<br>2017 Chevrolet 2500<br>2007 GMC Sierra 2500<br>1969 Chevrolet Chevelle<br>1967 Ford F100<br>2004 Ford E350<br>2018 Chevrolet Express<br>2018 Ford High Van<br>2014 Ram 1500 | 6/8/2026 | Voluntary surrender of collateral | |

| Seller | Buyer | Property Sold | Date of Transfer | Sale Price | Notes |
|---|---|---|---|---|---|
| Parabolic Painting and Remodeling LLC | PNC Equipment Finance | Bobcat T66 and Bobcat E35 | 6/22/2026 | Repossession | |
| Parabolic Holdings 8 LLC | Barak Brakke | Cessna T182T Airplane | 6/26/2026 | $360,000.00 | $293,321.44 payoff to Vintage Bank, remaining amount commissions and costs, including $36,000 commission/finders fee to Paul Duff |
| Meritrust Credit Union | Adam Church | 2020 Chevrolet Silverado | 06/29/2026 | Repossession | |
| Parabolic Painting and Remodeling LLC | Facebook Marketplace | Virnig V50 brush cutter | 07/07/2026 | $3,600.00 | |
| Adam Church | Facebook Marketplace | WSU signed basketballs ($700); Antique fire extinguisher ($200) | 07/10/2026 | $900.00 | Multiple Facebook Marketplace sales on same date |
| Adam Church | A-OK | Wedding band | 07/10/2026 | $250.00 | |
| Adam Church | Renee Bauer | Decorative pillows (4) ($80); Outdoor TV ($200); SAR9 SOCOM 9mm ($700) | 07/10/2026 | $980.00 | |
| Parabolic Painting and Remodeling LLC | Facebook Marketplace | Dozer blade ($1,250); Tooth bucket ($500); Skid steer snow pushers (3) ($1,500) | 07/10/2026 | $3,250.00 | Multiple Facebook Marketplace sales on same date |
| Parabolic Painting and Remodeling LLC | Scott Burns | Pallet forks ($500); Imetrix hydraulic auger ($1,000); Land plane ($500) | 07/10/2026 | $2,000.00 | |
| Adam Church | Danny (via Facebook Marketplace) | Browning Buck Mark .22 ($400); LG computer monitor ($300); 1,000 rounds .22LR ($50); 1,000 rounds .22LR ($50); Sports Afield safe ($950); Fire pit ($250); Patio chairs (4) ($400); Entry table ($150) | 07/11/2026 | $2,550.00 | |
| Adam Church | Clint (via Facebook Marketplace) | Savage .22 with scope ($200); Basketball goal ($100) | 07/11/2026 | $300.00 | |
| Adam Church | Levi Louia | 1,000 rounds 9mm | 07/11/2026 | $200.00 | |
| Adam Church | Roger Carter | Sig 365 9mm ($200); Over/under 12ga shotgun ($1,200); Merlin .22LR ($500); Remington 870 ($300) | 07/11/2026 | $2,200.00 | |

| Seller | Buyer | Property Sold | Date of Transfer | Sale Price | Notes |
|---|---|---|---|---|---|
| Parabolic Painting and Remodeling LLC | Clint (via Facebook Marketplace) | Skid steer trencher ($300); Skid steer tree puller ($600); Hydraulic bucket ($1,000) | 07/11/2026 | $1,900.00 | |
| Adam Church | Paul Church | Rock Island bolt-action .22LR ($100); Savage over/under .22LR/.410ga ($300); Hawthorne Model 110 .410ga ($100); Left-handed Savage .270 ($425); Adams Arms AA-15 ($650); Sig 1911 .45ACP ($550); Master Piece Arms 9mm ($400); 6,500 rounds .22LR ($350); 650 rounds 20ga ($200); 1,700 rounds 12ga ($500); 50 rounds 12ga turkey ($50); 650 rounds .410ga ($450); 700 rounds .223 ($525); 300 rounds .45ACP ($100); 20 rounds .45ACP self-defense ($25); 25 rounds .357 ($20); 100 rounds .380 ($25); 80 rounds .243 ($100); 300 rounds .270 ($300); 20 rounds .300 Win Mag ($25) | 07/14/2026 | $5,195.00 | father |
| Adam Church | Nick Delperdang | Savage .243 ($600); Mossberg 20ga pump ($300) | 07/15/2026 | $900.00 | |
| Adam Church | Facebook Marketplace | Coffee table | 07/18/2026 | $300.00 | |
| Adam Church | Facebook Marketplace | Liberty Centurion safe | 07/25/2026 | $700.00 | |
| Parabolic Painting and Remodeling LLC | Clint (via Facebook Marketplace) | Metal welding tables | 07/26/2026 | $100.00 | |
| Parabolic Painting and Remodeling LLC | Arturo Galleous | 2023 East Texas dump trailer | 07/29/2026 | $6,000.00 | |
| Parabolic Painting and Remodeling LLC | Clint (via Facebook Marketplace) | Connex box | 07/31/2026 | $1,500.00 | |
| Adam Church | Roger Carter | 700 rounds 9mm | 08/01/2026 | $150.00 | |
| Adam Church | Paul Duff | Weed eaters ($100); Push mower ($40) | 08/03/2026 | $140.00 | |

| Seller | Buyer | Property Sold | Date of Transfer | Sale Price | Notes |
|---|---|---|---|---|---|
| Parabolic Holdings 7 LLC | Colby Button | Kwikset passage sets (30) ($200); Kwikset landlord deadbolts (16) ($150) | 08/03/2026 | $350.00 | |
| Parabolic Painting and Remodeling LLC | AAC Services | Oil pipe | 08/03/2026 | $200.00 | |
| Parabolic Holdings 7 LLC | Facebook Marketplace | Lumber | 08/10/2026 | $75.00 | |
| Parabolic Holdings 7 LLC | Josh Roy | Glue-down LVP flooring and glue | 08/12/2026 | $6,300.00 | |
| Parabolic Holdings 7 LLC | Spruce Equity | 3-light vanity lights (42) ($700); 2-light vanity lights (10) ($125); Black ceiling fans (46) ($700); 8' butcher block counters (9) ($450); 16" faucet lines (91) ($100); Bath hardware (8) ($150); 1/4 turn pro packs (12) ($100); Split floor pro packs (41) ($50); 12" base cabinets (3) ($300); 12" wall cabinets (9) ($900); 18" wall cabinets (9) ($900); 18" base cabinets (2) ($200); 24" wall cabinets (6) ($600); 24" base cabinets (4) ($400); 36" sink base cabinets (5) ($500); 36" bridge cabinets (4) ($400); 30" bridge cabinet (1) ($100); 30" vanities (4) ($800); 60"x32" left Delta 500 tubs (2) ($200); Kitchen faucets (46) ($460); Bathroom faucets (26) ($260); Black mirrors (16) ($160); P-traps (55) ($75); Extension tubes (26) ($30); Glacier toilets (16) ($320); Toilet supply lines (8) ($20) | 08/27/2026 | $9,000.00 | |
| Parabolic Painting and Remodeling LLC | Clint (via Facebook Marketplace) | Rock salt | 08/29/2026 | $50.00 | |
| Adam Church/Parabolic Holdings 7 LLC | Matthew Mitchel and Duane Mitchel | Membership interest in D&M Mechanical LLC | 9/2/2026 | Settlement of lawsuit | Mitchels are receiving the tangible assets of D&M, but not the ownership due to the added company liabilities<br>PH 7 - HVAC rotary unit, air handler, and thermostats transferred to the Mitchels |

| Seller | Buyer | Property Sold | Date of Transfer | Sale Price | Notes |
|---|---|---|---|---|---|
| Parabolic Holdings 7 LLC | Clint (via Facebook Marketplace) | 8' butcher block counters (38) ($1,200); 10' butcher block counters (8) ($300) | 09/02/2026 | $1,500.00 | |
| Parabolic Holdings 14 LLC | B&C Heating Air Conditioning & Electrical Inc. | Assignment of claims for work completed at 5 N Stagecoach and 120 Blair Street | 10/29/2026 | Settlement of lawsuit | |

# SOFA # 20: Closed Bank or Financial Accounts (1 page)

## Account-by-Account Summary

| Bank | Account | Account Holder | Notes |
|---|---|---|---|
| Andover State Bank | ...4999 | Parabolic Rentals LLC | Closed 6/1/2026 |
| Andover State Bank | ...5224 | Parabolic Holdings 2 LLC | Closed 6/1/2026 |
| Andover State Bank | ...5384 | Parabolic Holdings 3 LLC | Closed 6/1/2026 |
| Andover State Bank | ...8418 | Adam Church | Closed 6/3/2026 |
| Andover State Bank | ...9838 | Parabolic Painting and Remodeling LLC | Closed 6/1/2026 |
| Andover State Bank | …1594 | Parabolic Holdings 13 LLC | Closed 8/19/2026 |
| Andover State Bank | …3551 | Parabolic Holdings 14 LLC | Closed 8/19/2026 |
| Andover State Bank | …3558 | Parabolic Holdings 14 LLC | Closed 9/30/2026 |
| Community National Bank & Trust | ...5336 | Parabolic Painting and Remodeling LLC | Closed 5/5/2026 |
| Community National Bank & Trust | ...5905 | D&M Mechanical LLC | Closed 6/5/2026 |
| Community National Bank & Trust | ...9656 | Adam Church | Closed 11/17/2025 |
| Community National Bank & Trust | …5921 | C&R Holdings LLC | Closed 8/30/2026 |
| RCB Bank | …6750 | Parabolic Rentals LLC | Closed 4/21/2026 |
| RCB Bank | …7584 | D&M Mechanical LLC | Closed 4/21/2026 |
| RCB Bank | …9195 | Parabolic Painting and Remodeling LLC | Closed 4/21/2026 |
| Vintage Bank Kansas | ...0552 | Parabolic Painting and Remodeling LLC | Closed 5/27/2026 |

# SOFA #27: Businesses & Sched A/B # 19 (1 page)

| Company Name | EIN | Date Opened | Owner(s) (% Ownership) | Notes |
|---|---|---|---|---|
| **9451 LLC** | 39-4699346 | 10/03/2025 | Adam Church — 100% (sole member) | |
| **C&R Holdings LLC** | 33-1251724 | 07/15/2024 | Adam Church — 50%, Chris Renner — 50% | Files Tax Returns |
| **D&M Mechanical LLC** | 81-4799568 | 2024 | 2024-2026 Adam Church | |
| **OC Parter LLC** | None | 02/23/2026 | Adam Church — 100% (sole member) | Opened company – no action taken |
| **Parabolic Companies LLC** | None | 08/01/2025 | Adam Church — 100% (sole member) | Opened company – no action taken |
| **Parabolic Holdings 1 LLC** | 33-2359530 | 12/11/2024 | Adam D. Church — 100% (sole member) | |
| **Parabolic Holdings 2 LLC** | 33-2397532 | 12/11/2024 | Adam Church — 100% (sole member) | Files Tax Returns |
| **Parabolic Holdings 3 LLC** | 33-4855781 | 04/29/2025 | Adam Church — 100% (sole member) | |
| **Parabolic Holdings 4 LLC** | 33-3980202 | 03/14/2025 | Adam Church — 100% (sole member) | |
| **Parabolic Holdings 5 LLC** | 33-2426670 | 12/15/2024 | Adam Church — 100% (sole member) | |
| **Parabolic Holdings 6 LLC** | 33-2716539 | 01/07/2025 | Adam D. Church — 100% (sole member) | Files Tax Returns |
| **Parabolic Holdings 7 LLC** | 33-3535914 | 02/20/2025 | Adam Church — 80%, Charles Caleb Rogers — 20% | Files Tax Returns |
| **Parabolic Holdings 8 LLC** | 33-2518086 | 12/23/2024 | Adam Church — 100% (sole member) | |
| **Parabolic Holdings 9 LLC** | 33-3750759 | 03/04/2025 | Adam Church — 100% (sole member) | |
| **Parabolic Holdings 10 LLC** | 33-3980062 | 03/14/2025 | Adam Church — 50%, Jennifer Duff — 50% | Files Tax Returns |
| **Parabolic Holdings 11 LLC** | 33-4021653 | 03/15/2025 | Adam Church — 100% (sole member) | |
| **Parabolic Holdings 12 LLC** | 33-4865150 | 04/30/2025 | Adam Church — 100% (sole member) | |
| **Parabolic Holdings 13 LLC** | 39-2838435 | 06/23/2025 | Adam Church — 50%, Bobbie Lane — 50% | Files Tax Returns |
| **Parabolic Holdings 14 LLC** | 39-3177194 | 07/07/2025 | Adam Church — 50%, Bobbie Lane — 50% | Files Tax Returns |
| **Parabolic Holdings 15 LLC** | 39-3070613 | 07/07/2025 | Adam Church — 100% (sole member) | |
| **Parabolic Holdings 16 LLC** | 39-3242090 | 07/16/2025 | Adam Church — 100% (sole member) | |
| **Parabolic Holdings 17 LLC** | 41-4099405 | 02/05/2026 | Adam Church — 100% (sole member) | |
| **Parabolic Painting and Remodeling LLC** | 87-4759929 | 01/24/2022 | Adam Church — 100% (sole member) | Files Tax Returns |
| **Parabolic Rentals LLC** | 33-2342426 | 12/08/2024 | Adam Church — 100% (sole member) | |

# SOFA # 28: Financial Statements (1 page)

## Multiple Statements Given to Various Lenders and in Divorce Case

| Bank/Entity/Individual |
|---|
| Andover State Bank |
| Dynamo Capital |
| RE Investment Loans |
| Community National Bank & Trust |
| RCB Bank |
| Stock Exchange Bank |
| Tihler Church |